# EXHIBIT L





Ex.L
1 oF 27

Your Coverage & Policy Benefits

# LEROY LITTLE

## LAC603718

Exh. L
2 of 27

LONG TERM CARE
NURSING HOME AND PROFESSIONAL HOME CARE POLICY

UNUM Life Insurance Company of America (referred to as "we", "our" and "us") is pleased to issue this insurance policy to you.  This policy provides long term care benefits under stated conditions.  Please refer to the policy provisions where we tell you when and how we will pay benefits.  You will find an index of these provisions on Page 2.

**Notice to buyer:**  This policy may not cover all of the costs associated with long term care incurred by the buyer during the period of coverage.  The buyer is advised to review carefully all policy limitations.

THIS POLICY IS GUARANTEED RENEWABLE
WE HAVE A LIMITED RIGHT TO CHANGE PREMIUMS

You may renew this policy on each Policy Anniversary by paying each premium before its Grace Period ends.  We reserve the right to change premiums for this policy.  To do so, we must change the premiums for all similar policies issued in your state on this policy form.  Any change in premium will be effective on your Policy Anniversary Date.  We will send you written notice at least 31 days in advance.

30 DAY RIGHT TO EXAMINE YOUR POLICY

You may cancel this policy for any reason within 30 days after it is delivered to you or your representative.  Simply return the policy, within 30 days of its receipt, to us at our Home Office.  If this is done, the policy will be canceled from the beginning and all of the premium paid will be refunded within 10 days after the policy is returned to us.

IMPORTANT CAUTION ABOUT YOUR APPLICATION

We issued this policy based upon medical and other questions you answered in your application.  A copy of your application is attached.  If, for any reason, any of your answers are incorrect or untrue, contact us immediately at the address stated below, to the attention of the Long Term Care Division.

**If your answers on this application are misstated or untrue, we may have the right to deny benefits or rescind your coverage.**  The best time to clear up any questions is now, before a claim arises!

**THIS POLICY IS NOT A MEDICARE SUPPLEMENT POLICY.  If you are eligible for Medicare, review the Medicare Supplement Buyer's Guide available from us.**

> **THIS POLICY IS AN APPROVED LONG-TERM CARE INSURANCE POLICY UNDER CALIFORNIA LAW AND REGULATIONS.  HOWEVER, THE BENEFITS PAYABLE BY THIS POLICY WILL NOT QUALIFY FOR MEDI-CAL ASSET PROTECTION UNDER THE CALIFORNIA PARTNERSHIP FOR LONG-TERM CARE.  FOR INFORMATION ABOUT POLICIES AND CERTIFICATES QUALIFYING UNDER THE CALIFORNIA PARTNERSHIP FOR LONG-TERM CARE, CALL THE HEALTH INSURANCE COUNSELING AND ADVOCACY PROGRAM AT THE TOLL-FREE NUMBER, 1-800-434-0222.**

This policy becomes effective on the Effective Date shown on Page 3, provided the first modal premium is paid.

Secretary                                    President

UNUM Life Insurance Company of America
Portland, Maine  04122

LTC7392                                                                                          CA

# INDEX OF POLICY PROVISIONS

| | | | |
|---|---|---|---|
| 1 | **Renewal** | 16 | **Premiums** |
| | | | Waiver of Premium |
| 1 | **Thirty Day Right to Examine Policy** | | Grace Period |
| | | | Reinstatement |
| 3 | **Policy Schedule** | 17 | Refund of Premium After Death |
| | | | |
| 4 | THERE IS NO PAGE 4 IN THIS POLICY | 18 | **General Provisions** |
| | | | The Contract |
| 5 | **Terms You Should Know** | | Statements |
| | | | Legal Actions |
| 11 | **Benefits** | | Incontestable |
| | Monthly Benefit | | Conformity with State Statutes |
| | Bed Reservation Provision | 19 | Misstatement of Age |
| 12 | Benefit Increase Provision | | Pre-Existing Conditions |
| | Respite Care Benefit | | Nonparticipating |
| | How To File a Claim | | Owner |
| 13 | When Claims Are Paid | | Loss Payee |
| 14 | To Whom Claims Are Paid | | Assignment |
| | Claim Overpayment | | |
| | Termination of Benefits | | |
| | Plan Exclusions | | |

Exh L
4 of 27

2

# POLICY SCHEDULE

| INSURED | Leroy E Little | POLICY DATE | 03/09/1998 |
|---|---|---|---|
| POLICY NUMBER | LAC603718 | EFFECTIVE DATE | 03/09/1998 |

## SUMMARY OF PREMIUM

Premiums are payable in United States dollars as follows:   Spousal Discount Applied

| | Annual | Semi Annual | Quarterly | Monthly |
|---|---|---|---|---|
| Current Modal Premiums | $1,401.36 | $714.69 | $364.35 | $126.12 |

## SUMMARY OF COVERAGE

| Form #   LTC7392 | Nursing Home |
|---|---|
| Effective Date | 03/09/1998 |
| Annual Premium | $1,116.72 |
| Elimination Period | 90 Cumulative days |
| Benefit Amount | $2,400 Per Month |
| Residential Care Facility Benefit | 60% of the Nursing Home Benefit or 100% of the Home Care Benefit whichever is greater. |
| Lifetime Maximum Benefit Amount | $172,800 |

| Form #   LTC7392 | Professional Home and Community Care Benefit |
|---|---|
| Home Care Effective Date | 03/09/1998 |
| Annual Premium | $284.64 |
| Home Care Benefit | 100% of Nursing Facility and Residential Care Facility Benefit |

**Riders**

| Benefit Increase Provision | 5% Simple  Unlimited |
|---|---|
| Non Forfeiture Benefit | None |
| Accelerated Payment Option | None |

If the Lifetime Maximum Benefit Amount is Unlimited, the Lifetime Maximum Benefit Amount will not be limited to any dollar amount.

The Lifetime Maximum Benefit Amount for the Policy and any optional riders attached to the Policy will not exceed the Lifetime Maximum Benefit Amount shown on the Policy schedule.

The Nursing Home Benefit Amount and the Lifetime Maximum Benefit Amount will increase each policy anniversary, based on the Benefit Increase Provision purchased.

Exh. L
5 of 27

3

# POLICY SCHEDULE (continued)

## THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK

Exh. L
6 of 27

4

# TERMS YOU SHOULD KNOW

Many terms used in your policy have special meanings.  A list of these terms and meanings follows:

**"Activities of Daily Living" (ADLs) are:**

(a)  **bathing:** the ability to wash yourself either in the tub or shower or by sponge bath, with or without equipment or adaptive devices without stand-by assistance of another person.

(b)  **dressing:** the ability to put on and take off all garments, and medically necessary braces or artificial limbs usually worn, and to fasten or unfasten them, without the stand-by assistance of another person.

(c)  **transferring:** the ability to move in and out of a chair or bed with or without equipment such as canes, quad canes, walkers, crutches or grab bars or other support devices including mechanical or motorized devices without the stand-by assistance of another person.

(d)  **ambulating:**  the ability to walk from one location to another, indoors or outdoors, with or without the use of supportive equipment such as a walker, crutches, or artificial limbs without the stand-by assistance of another person.

(e)  **toileting:** the ability to get to and from and on and off the toilet, to maintain a reasonable level of personal hygiene, and to care for clothing, without the stand-by assistance of another person.

(f)  **continence:** the ability to voluntarily control bowel and bladder function, or, in the event of incontinence, the ability to maintain a reasonable level of personal hygiene without the stand-by assistance of another person.

(g)  **eating:** the ability to get nourishment into the body by any means once it has been prepared and made available to you, without the stand-by assistance of another person.

**"Adult Day Care"** means care provided by an Adult Day Care Facility.

**"Adult Day Care Facility"** is a facility that provides a community-based group program offering health, social and related support services for impaired adults; operates under state licensing laws and any other laws that apply.

**"Assessment"** means an interview of you done by us or our representative to assist in the determination of your insurability at the time of application, or the determination of Loss of Functional Capacity or Cognitive Impairment at the time of your claim.



5

**"Cognitive Impairment"** means that you have suffered a deterioration or loss in your intellectual capacity which requires another person's assistance or verbal cueing to protect yourself or others as measured by clinical evidence and standardized tests which reliably measure your impairment in the following areas:

- Your short or long term memory;

- Your orientation as to person (such as who You are), place (such as Your location), and time (such as day, date, and year);

- Your deductive or abstract reasoning.

Such loss in intellectual capacity can result from Alzheimer's disease or similar forms of senility, irreversible dementia or Advanced Age.

**"Effective Date"** is the date shown in the Policy Schedule on page 3. Coverage takes effect on the Effective Date provided the first Modal Premium is paid.

**"Elimination Accumulation Period"**. We do not require that an Elimination Period longer than 30 days be consecutive days. However, we do require that an Elimination Period longer than 30 days occur entirely during a limited time span, called the Elimination Accumulation Period. The Elimination Accumulation Period is equal to 3 times the Elimination Period. The number of days in the Elimination Accumulation Period is shown in the Policy Schedule.

**"Elimination Period"** means a period of either:

(a) 30 or less consecutive days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving services in a Nursing Facility or Residential Care Facility for which no benefit is payable, or 30 consecutive days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving Professional Home Care and no benefit is payable. Each calendar week that you receive at least one day of Professional Home Care will be counted as seven days towards completing the Elimination Period. If you continue to remain at home or another similar place and do not receive Professional Home Care for at least one day within a calendar week, the Elimination Period will begin again.

A separate Elimination Period will apply to each covered loss. However, each covered loss that is separated from the other by less than 6 months will be considered to be the same covered loss and not subject to a new Elimination Period; or

(b) greater than 30 cumulative days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving services in a Nursing Facility or Residential Care Facility and for which no benefit is payable, or during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving Professional Home Care and no benefit is payable. Each calendar week that you receive at least one day of Professional Home Care will be counted as seven days towards

Exh. L
8 of 27

completing the Elimination Period.  An Elimination Period longer than 30 days must be satisfied by you only once during your Lifetime.

The number of days in the Elimination Period is shown in the Policy Schedule.

**"Home Care Provider"** is:

(a) an organization that, or a nurse or other professional who, is licensed or certified by the appropriate licensing agency of the state where Professional Home Care will be provided; or certified as a home care organization as defined under Medicare;

(b) any other organization that meets all of the following tests:

- primarily provides nursing care and other therapeutic services;

- has standards, policies and rules established by a professional group which is associated with the organization;

- includes at least one doctor and one registered nurse;

- maintains a written record of care on each patient; and

- includes a plan of care and record of services provided;

(c) a skilled or unskilled person appropriately licensed by the state, if required, to provide services under a Plan of Care developed by a Physician or a multi-disciplinary team under medical direction; or

(d) a similar organization approved by us.

**"Home Office"** means the UNUM Life Insurance Company of America, 2211 Congress Street, Portland, Maine 04122.

**"Homemaker Services"** means assistance necessary to or consistent with your ability to remain living in your home.

**"Hospice Facility"** is a facility that provides a formal program of care for terminally ill patients whose life expectancy is less than 6 months, provided on an inpatient or outpatient basis and directed by a physician or multi-disciplinary team under medical direction.  It must be licensed, certified or registered in accordance with state law.

**"Lifetime Maximum Benefit Amount"** means the total dollar amount of benefits that will be paid under the Policy.  The Lifetime Maximum Benefit Amount is shown in the Policy Schedule.

**"Loss of Functional Capacity"** means that you are unable to perform 2 or more ADLs because of Sickness, Injury or Advanced Age.

Exh. L
9 of 27

7

**"Monthly Benefit Amount"** means your monthly Nursing Home, Residential Care Facility or Professional Home Care Benefit Amount shown in the Policy Schedule.

**"Nursing Facility"** means:

(a) a facility, or a distinctly separate part of a hospital, that provides skilled or intermediate nursing care and custodial care and operates under state licensing laws and any other laws that apply; or

(b) any other facility that meets all of the following tests:

    (1) is operated as a health care facility under applicable state licensing laws and any other laws;

    (2) primarily provides nursing care under the orders of a Physician;

    (3) operates under the supervision of a registered nurse or a licensed vocational nurse;

    (4) is regularly engaged in providing room and board and continuously provides 24-hour-per-day nursing care of sick and injured persons;

    (5) maintains a daily medical record of each patient who must be under the care of a Physician;

    (6) is authorized to administer medication to patients on the order of a Physician; and

    (7) is not, other than incidentally, a home for the mentally retarded, the mentally ill, the blind or the deaf, a hotel, a domiciliary care home, a residence, or a home for alcoholics or drug abusers; or

(c) a similar facility approved by us.

**"Nursing Home Benefit"** means your monthly Nursing Home Benefit Amount shown in the Policy Schedule.

**"Personal Care"** means assistance with ADLs, including the instrumental ADLs, provided by a skilled or unskilled person under a Plan of Care.  The instrumental ADLs include using the telephone, managing medications, moving about outside, shopping for essentials, preparing meals, laundry and light housekeeping.

**"Plan of Care"** means a program of treatment or care.  It must be developed by your physician or multi-disciplinary team and approved in writing by your physician before the start of home care services.  The Plan of Care is subject to updating in writing no more often than every 60 days.  The insured will be responsible for submitting:

(a) the physician approved Plan of Care; and



(b)  the updates of such plan.

**"Professional Home Care"** means services provided under a Plan of Care and include:

(a)  occupational, physical, respiratory or speech therapy;

(b)  nursing care services provided by a registered nurse or a licensed vocational nurse;

(c)  services provided by a medical social worker or home health aide;

(d)  Homemaker Services;

(e)  Personal Care; or

(f)  Hospice services.

Professional Home Care does not include services performed by your family members either directly to you or through a Home Care Provider or an Adult Day Care Facility.  Your family members include your spouse, children, parents, sisters, brothers, grandparents or grandchildren, or persons related to you by marriage.

Professional Home Care services do not include services by providers that are not licensed or certified, when such services require licensing or certification under the laws of the states where the services are provided.

**"Professional Home Care Benefit"** means your monthly Professional Home Care Benefit Amount shown in the Policy Schedule.

**"Residential Care Facility"** means:

(a)  A facility that is primarily engaged in providing ongoing care and services in one location and meets all of the following tests:

(1)  provides 24 hour a day care; and

(2)  provides custodial services and personal care assistance to support needs as a result of the Loss of Functional Capacity or Cognitive Impairment; and

(3)  has night supervision to the extent required by law; and

(4)  provides 3 meals a day, including special dietary requirements; and

(5)  operates under state licensing laws and any other laws that apply; and

(6)  is not, other than incidentally, a home for alcoholics or drug abusers, or a hotel; or

(b)  a similar facility approved by us.

9  

NOTE: These requirements are typically met by Residential Care Facilities that are either free standing facilities or part of a life care community.  In general, they are not met by individual residences, boarding homes, or independent living units.

**"Respite Care"** means short-term or periodic care which is required to maintain your health or safety and to give temporary relief to your primary informal caregiver from his or her caregiving duties.  Respite Care can be provided in your home, a Nursing Facility, a Residential Care Facility, an Adult Day Care Facility, or a similar facility approved by us.

**"Stand-by Assistance"** means you require the presence of another human being to ensure that all or part of an ADL may be completed or to ensure your safety.  Stand-by assistance may also mean that in order to accomplish an ADL, you need verbal cueing.

**"You" and "Your"** refer to the Insured named on Page 3.  It is the person whom we are insuring.  The Insured cannot be changed.

Exh. L
12 of 27

# BENEFITS

**Monthly Benefit**

After you satisfy the Elimination Period, we will pay you:

(a) the Nursing Home Benefit Amount if you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and are receiving services in a Nursing Facility, or

(b) the Residential Care Facility Benefit Amount if you suffer a covered Loss of Functional Capacity or covered Cognitive impairment and are receiving services in a Residential Care Facility.

   The Residential Care Facility Benefit Amount will be the greater of:

   (1)  60% of the Nursing Home Benefit Amount; or

   (2)  the Professional Home Care Benefit percentage shown on the Policy Schedule.

(c) the Monthly Professional Home Care Benefit if you choose to receive care anywhere other than a Nursing Facility or Residential Care Facility and are receiving Professional Home Care Services.  This care can be provided at any type of facility, such as an Adult Day Care Facility, a Hospice Facility, or your home by a Home Care Provider.  You must give us proof indicating days of Professional Home Care services provided to you before a benefit will be paid.

We will send the benefit payments to you each month.  If you are eligible for benefits for a period that is less than one month, we will pay 1/30th of the net monthly payment for each day that you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and are receiving services.  Benefit payments will cease as provided in the "Termination of Benefits" section of this policy.  In no event will the benefits paid under this policy exceed the Maximum Benefit Amount shown in the Policy Schedule on Page 3.

**Bed Reservation Provision**

If your stay in a Nursing Facility or Residential Care Facility is interrupted because you are hospitalized and you are receiving a benefit, we will continue to pay you the Monthly Benefit Amount if a charge is made to reserve your Nursing Facility or Residential Care Facility accommodations.  Such benefit will count toward the Lifetime Maximum Benefit Amount.

If your stay is interrupted while you are completing your Elimination Period, such days will be used to help satisfy this period.

Covered Bed Reservation days will be limited to 31 days per calendar year.


Exh. L
13 of 27

**Benefit Increase Provision**

Your Nursing Home Benefit will increase each year on the Policy Anniversary by 5% of your original Nursing Home Benefit amount.  Increases will be automatic and will occur regardless of your health and whether or not you have suffered a covered Loss of Functional Capacity or a covered Cognitive Impairment.  Your Maximum Benefit Amount will also increase by 5%.  Your premium will not increase due to automatic increases in your Nursing Home Benefit.

**Respite Care Benefit**

If you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment but Professional Home Care Benefits have not yet become payable, we will make payments to you for each day you receive Respite Care for up to 15 days each calendar year.  The amount of your daily payment will equal 1/30th of your Monthly Professional Home Care Benefit Amount.  You do not have to complete an Elimination Period for Respite Care payments to become payable.  Care can be provided to you by:

(a) a formal caregiver, such as a Home Care Provider, a registered nurse, a licensed vocational nurse in:

- your home,

- nursing home,

- Residential Care Facility,

- Adult Day Care Facility,

- a similar facility approved by us; or

(b) an informal caregiver, such as your friends or relatives.

Other than for premium waived during the Elimination Period according to the terms of the policy, premium will not be waived while you are receiving a payment for Respite Care.

Respite Care Benefits will count toward the Maximum Benefit Amount, and will end when the Lifetime Maximum Benefit Amount has been reached.

**How To File a Claim**

You must give us written notice of claim within 30 days of the date of Loss of Functional Capacity or Cognitive Impairment.  If it is not possible for you to give us notice within this time limit, it must be given as soon as reasonably possible.

We will send you our initial claim forms when we receive your written notice of claim.  If you do not receive our claim forms within 15 days after written notice of claim is sent, you can send us written proof of claim without waiting for the forms.

Exh. L
14 of 27

You must give us initial <u>proof</u> of claim no later than 90 days after the date of Loss of Functional Capacity or Cognitive Impairment.

You must give us proof of continued Loss of Functional Capacity or Cognitive Impairment:

(a)  at intervals requested by us; and

(b)  within 90 days of our request.

If it is not possible for you to give proof within these time limits, it must be given as soon as reasonably possible.  However, proof of claim must be given no later than one year after the time proof is otherwise required.

In addition to claim forms, we may, at our expense and from time to time during the continuance of your loss, require one or more of the following as proof of claim:

(a)  an Assessment;

(b)  a Physician's statement and/or copies of relevant medical records from any Physician or health care provider involved in your care;

(c)  an independent medical examination.

We reserve the right to select the Physician to perform the independent medical examination, and to request additional information necessary to our claim determination from you, your Physician, or other health care providers.

The proof must cover:

(a)  the date the Loss of Functional Capacity or Cognitive Impairment occurred;

(b)  the cause of the Loss of Functional Capacity or Cognitive Impairment;

(c)  the extent of the Loss of Functional Capacity or Cognitive Impairment; and

(d)  such other proof as we may deem necessary.

**When Claims are Paid**

When we receive proof of claim, benefits payable under the policy will be paid before the end of the month for each day for which you were entitled to benefits during the prior month.



**To Whom Claims Are Paid**

All benefits are payable directly to you unless you have requested in writing that payment be made otherwise.

If you die while you are eligible to receive benefits, we will pay any accrued benefit to your estate.  At our option, any remaining benefit of $1,000 or less may be paid to an alternative payee if either of the following is true:

(a)  such benefit is payable to your estate, or

(b)  such benefit is payable to any person who is a minor or otherwise not competent to give a valid release.

The alternative payee must be a person who we feel is entitled to receive the benefit.  Also, the alternative payee must be related to you by blood or marriage.  Any such payments made in good faith will fully discharge us to the extent of such payment.

**Claim Overpayment**

If for any reason, benefits have been paid for a period for which you were not entitled to benefits, repayment of the overpayment must be made to us within 45 days of notice to you. Any amounts not repaid may be recovered by us by offsetting against any amounts otherwise payable to you under this Policy, or by other reasonable means.

**Termination of Benefits**

Your benefits will cease on the earliest of:

(a)  the day after you cease to suffer a covered Loss of Functional Capacity or covered Cognitive Impairment;

(b)  the day after the Lifetime Maximum Benefit Amount has been paid;

(c)  the day after you die.

Termination of coverage under any condition will not prejudice any payable claim which begins prior to termination.

**Plan Exclusions**

We will not provide benefits for:

(a)  a loss which is caused by a war or any act of war, whether declared or undeclared, that occurs while your insurance is in force;

14



(b)  a loss which is caused by intentionally self-inflicted injuries or attempted suicide;

(c)  a loss which is caused by or results from the commission or attempted commission of a felony by you;

(d)  a loss you sustain or contract in consequence of being intoxicated or under the influence of any narcotic unless administered on the advice of a physician;

(e)  a loss which is caused by a psychological, psychiatric, or mental condition including depression, generalized anxiety disorders, personality disorders, schizophrenia or manic depressive disorders whether treated by drugs, counseling, or other forms of therapy, and irrespective of cause.

This policy **does cover** losses from conditions that are physical in nature, such as Parkinson's disease, Alzheimer's disease, multi-infarct dementia, brain injury, brain tumors, or other conditions not listed in the first sentence of this paragraph (e), involving structural alterations of the brain;

(f)  a period during which you are outside of Hawaii, Alaska, and the continental United States for longer than 30 days;

(g)  a period in which you are confined in a hospital, other than if you are confined to a Nursing Facility that is a distinctly separate part of a hospital.

Exh. L
17 of 27

# PREMIUMS

**Waiver of Premium**

After you have satisfied your Elimination Period, we will waive premium payment during any period for which benefits are payable.  Any premium which you had paid to us during your Elimination Period will be refunded to you on a pro rata basis.

The pro rata refund will be calculated based on the number of days in your Elimination Period.

If the Monthly Benefit is no longer payable, or if you do not receive Professional Home Care for a period of 30 consecutive days, you must resume premium payments.  We will notify you of the amount of your next premium payment and the date it is due.

**Grace Period**

The Grace Period is the 31 consecutive days that begin with the day a premium is due.  We will keep this policy in effect and continue coverage during that time.  If the premium is not paid during those 31 days, this policy will lapse.  However, lapse of the policy will not prejudice any payable claim for a covered loss which begins prior to policy lapse.

The first premium is due and payable on the Effective Date of the policy.  There is no Grace Period for the first premium.

**Reinstatement**

If this policy terminates because a premium is not paid by the end of the Grace Period, you may apply to reinstate this policy at any time until the first unpaid premium is six months overdue.

In order to reinstate this policy, three requirements must be met.  They are:

(a)  you must complete a reinstatement application;

(b)  we must approve that reinstatement application; and

(c)  you must pay all unpaid premium.

If we approve the reinstatement application, we will reinstate this policy on the approval date.  If we issue a conditional receipt/-prepayment agreement and do not approve or disapprove the reinstatement application within 45 days from the date of the prepayment agreement, we will reinstate this policy on that 45th day.

If we accept premium without a rein-statement application, this policy will be reinstated.

If this policy is reinstated, it will only cover loss resulting from:

16



(a)  Injury that occurs on or after the date this policy is reinstated; or

(b)  Sickness which begins more than 10 days after this policy is reinstated.

It WILL NOT cover any Injury or Sickness which is excluded by name or description in this policy.

**Refund of Premium After Death**

If you die while insured under this policy, we will refund any pro rata portion of your premium paid covering the period after your death.   We will make the refund within 30 days after we receive written notice of your death.   Payment will be made to your estate.

17

Exh. L
19 of 27

# GENERAL PROVISIONS

**The Contract**

This policy, including your attached application and any attached papers, represents the entire contract between you and us.  Statements by agents or brokers are not part of our contract.  Only an executive officer of this Company can approve a change in this policy.  The approval must be in writing and be endorsed on or attached to this policy.  No one else can change this policy or waive any of its provisions.

Unless we tell you something else, years, months and anniversaries that we refer to are calculated from the Policy Date shown on Page 3.

**Statements**

In the absence of fraud, all statements you make in applying for this coverage are considered representations and not warranties (absolute guarantees).

No statements by you will be used to deny a claim unless a copy of your statements has been given to you.

**Legal Actions**

No one may start legal actions to recover on this policy until 60 days after written Proof of Loss has been given to us.  Legal action must be started within three years after the written Proof of Loss is required to be furnished.

**Incontestable**

After two years from the policy's Effective Date, only fraudulent misstatements in your application may be used to contest this policy.  If this policy is reinstated, the contestable period will be two years from the reinstatement date or the date of the last application if no application is received at the time of reinstatement.

"Contest" means that we question the validity of coverage under this policy by letter to you.  This contest is effective on the date we mail the letter and refund the premium to you.

There is no time limit to contest this policy for fraudulent misstatements.

**Conformity with State Statutes**

If any provision of this policy conflicts with the statutes of the state where you reside on the Effective Date of that provision, it is amended to conform with the minimum requirements of those statutes.  Premiums may be changed to reflect these policy requirements.

18   Exh L
2 o of 27

**Misstatement of Age**

If your age has been misstated, any benefit payable will be changed to the amount which the premium paid would have bought for the correct age.

If we accept premium for coverage which we would not have issued or which would have ceased according to the correct age, our only liability is to refund the premium for the period not covered.

**Pre-Existing Conditions**

We will not reduce or deny any claim under this policy because a Sickness or Injury had existed before the policy's Effective Date.

**Nonparticipating; Dividends Not Payable**

This policy does not participate in our profits or surplus earnings; and no dividends will be paid at any time.

**Owner**

You own this policy.  You have all the rights and privileges granted by this policy while it is in effect.  Some of your ownership rights are:

(a)  the right to continue or terminate this policy;

(b)  the right to name someone else (a Loss Payee) to receive the benefits of this policy;

(c)  the right to suspend this policy while you are in military service; and

(d)  the right to assign any or all rights under this policy.

**Loss Payee**

If you decide to have someone else receive policy benefits, you must notify us in writing on a form satisfactory to us.  The notice will be effective when we receive it at our Home Office.

**Assignment**

You may assign any or all ownership rights to someone else.  The assignment must be in writing and must specify the rights which are assigned and for how long.  The Loss Payee is not changed by an assignment unless the assignment specifically names a new Loss Payee. When an assignment is in effect, "you" and "your" refer to the assignee in provisions which describe ownership rights.

No assignment is binding on us until the original or an acceptable copy is received at our Home Office.  We are not responsible for the validity or effect of any assignment.



California Life and Health Insurance
Guarantee Association Act
Summary Document and Disclaimer

Residents of California who purchase life and health insurance and annuities should know that the insurance companies licensed in this state to write these types of insurance are members of the California Life and Health Insurance Guarantee Association ("CLHIGA").  The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations.  If this should happen, the Guarantee Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force.  The valuable extra protection provided through the Association is not unlimited, however, as noted in the box below, and is not a substitute for consumers' care in selecting insurers.

---

The California Life and Health Insurance Guarantee Association may not provide coverage for this policy.  If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in California.  You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice.  **However, insurance companies and their agents are prohibited by law from using the existence of the Guarantee Association to induce you to purchase any kind of insurance policy.**

Policyholders with additional questions should first contact their insurer or agent or may than contact

| California Life and Health Insurance | Consumer Service Division |
| Guarantee Association | California Department of Insurance |
| P. O. Box 17319 | 300 South Spring Street |
| Beverly Hills, CA 90209-3319 | Los Angeles, CA 90013 |

---

Below is a brief summary of this law's coverages, exclusions and limits.  This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Association.

## COVERAGE

Generally, individuals will be protected by the California Life and Health Insurance Guarantee Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer.  The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

Exh. L
22 of 27

(2/03)

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this Guarantee Association if:

- Their insurer was not authorized to do business in this state when it issued the policy or contract;
- Their policy was issued by a health care service plan (HMO), Blue Cross, Blue Shield, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society;
- They are eligible for protection under the laws of another state.  This may occur when the insolvent insurer was incorporated in another state whose guarantee association protects insureds who live outside that state.

The Guarantee Association also does not provide coverage for:

- Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which guarantee rights to group contract holders, not individuals;
- Employer and association plans, to the extent they are self-funded or uninsured;
- Synthetic guaranteed interest contracts;
- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- Any policy of reinsurance unless an assumption certificate was issued;
- Interest rate yields that exceed an average rate;
- Any portion of a contract that provides dividends or experience rating credits.

## LIMITS ON AMOUNT OF COVERAGE

The Act limits the Association to pay benefits as follows:

### LIFE AND ANNUITY BENEFITS

- 80% of what the life insurance company would owe under a life policy or annuity contract up to
  - $100,000 in cash surrender values,
  - $100,000 in present value of annuities, or
  - $250,000 in life insurance death benefits.
- A maximum of $250,000 for any one insured life no matter how many policies and contracts there were with the same company, even if the policies provided different types of coverages.

### HEALTH BENEFITS

- A maximum of $200,000 of the contractual obligations that the health insurance company would owe were it not insolvent.  The maximum may increase or decrease annually based upon changes in the health care cost component of the consumer price index.

## PREMIUM SURCHARGE

Member insurers are required to recoup assessments paid to the Association by way of a surcharge on premiums charged for insurance policies to which the Act applies.

Exh. L
23 of 27

## I.  Personal Profile

Applicant's Name (Please Print; Last, First, Middle)
*LITTLE,   TERER   E*

Occupation
*RETIRED*

Address (Street, Apartment No., City, State, Zip)
[redacted]

Telephone (Include Area Code)
[redacted]

Social Security No.
[redacted]

Date of Birth
[redacted]

Height
6 Ft. 1 Ins.

Weight
195 Lbs.

☒ Male    ☐ Female    ☐ Single    ☒ Married

Yes No   If married, is your spouse;
☒ ☐   Applying for Long Term Care coverage at this time? or
☐ ☒   Currently covered by UNUM for Long Term Care coverage?
      If yes, please list policy number: _____

## II.  Insurance Information

| | Yes | No | (Please check Yes or No) |
|---|---|---|---|
| 1. | ☐ | ☒ | Are you currently covered by Medicaid? |
| 2. | ☐ | ☒ | Are you currently receiving disability income benefits or long term care benefits? |
| 3. | ☐ | ☒ | Do you have another long term care insurance policy or certificate in force, including coverage under a health care service contract or health maintenance organization contract?<br>If yes, provide policy number: _____ |
| 4. | ☐ | ☒ | Have you had another long term care insurance policy or certificate in force during the last 12 months?<br>If yes, with which insurance company? _____<br>If the policy lapsed, when did it lapse? _____ |
| 5. | ☐ | ☒ | Do you intend to replace any of your medical health coverage with this UNUM policy?<br>If yes, name of insurance company: _____<br>Policy Number: _____  Type of Plan: _____ |

## III.  Medical History (Part A)

Primary Physician (Name and Title)
*DR. STEVEN VARGAS*

Telephone (Include Area Code)
[redacted]

Address (Street, City, State, Zip)
*10600 VALLEY VIEW DR. DINUBY, CA*

Exh. C
24 of 27

Please answer all questions. Do not change any of the wording or this application will be void.

|  | Yes | No | *Please check Yes or No for each question* |
|---|---|---|---|
| 1. | ☐ | ☑ | Have you gained or lost more than ten pounds in the last 12 months? |
| 2. | ☐ | ☑ | Have you used tobacco in the last 12 months? |
| 3. | ☐ | ☑ | Do you need human assistance of any kind to perform everyday activities such as bathing, continence, dressing, eating, using the toilet or transferring (for example from a chair to your bed)? |
| 4. | ☐ | ☑ | Do you use any special medical equipment or appliances such as a walker, cane, wheelchair, catheter, oxygen tank or artificial limb? |
| 5. | ☐ | ☑ | Have you ever been advised to discontinue the use of alcohol because of health reasons; been arrested in connection with the use of alcohol or drugs; or been advised to seek counseling for alcoholism or drug abuse? |
| 6. | ☐ | ☑ | Have you ever been denied coverage for medical insurance, disability insurance, long term care insurance, nursing home insurance or life insurance? If yes, please explain. |

**In the past 5 years, have you ever had, been told you had, or been treated for:**

|  | Yes | No | *Please check Yes or No and circle condition(s)* |
|---|---|---|---|
| 7. | ☐ | ☑ | A disorder of the heart or circulatory system, heart attack, high blood pressure or chest pain; |
| 8. | ☐ | ☑ | A psychological, psychiatric or mental disorder, mental illness, anxiety, or depression; |
| 9. | ☐ | ☑ | A disorder of the stomach, liver, pancreas, gallbladder, intestines or rectum; cirrhosis, ulcers or significant weight loss; |
| 10. | ☐ | ☑ | A neurological disorder including Parkinson's disease, multiple sclerosis, Alzheimer's disease, stroke/TIA, paralysis, fainting, mental retardation, convulsions or epilepsy; |
| 11. | ☐ | ☑ | A disorder of the urinary or reproductive systems, kidney disease, cystitis or prostate problems; |
| 12. | ☐ | ☑ | Glandular problems, diabetes, or thyroid problems; |
| 13. | ☐ | ☑ | Any conditions of the lungs or respiratory tract, emphysema, chronic cough, shortness of breath, tuberculosis, spitting up blood; |
| 14. | ☐ | ☑ | Cancers, tumors, leukemia, Hodgkin's disease, lymphoma; |
| 15. | ☐ | ☑ | Bone or joint disorder, arthritis, gout, osteoporosis, amputation, sciatica, slipped disc; |
| 16. | ☐ | ☑ | Any recurrent infections, skin diseases, pressure sores or skin ulcers; |
| 17. | ☐ | ☑ | AIDS or the AIDS-related Complex (ARC); |
| 18. | ☑ | ☐ | A disorder or disease of the eyes or ears including blindness, balance disturbance, cataracts, glaucoma or (hearing loss); LEFT EAR |
| 19. | ☐ | ☑ | Any injuries due to falls or other trauma |

*If you answered yes to any of the previous questions, please provide the name of any prescribed medications you have taken and the name, address and telephone number of the prescribing physician:*

| Question Number | Name of Medication | Name, Address & Phone No. of Prescribing Physician |
|---|---|---|
| 18 | _____ | 100% HEARING LOSS IN LEFT EAR - NOT TREATABLE @ 04/09. |
| _____ | Lotensin | Being treated - DR. MORGAN #111 ABOVE |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Exh. L
25 of 27

LAB 057128

**IV.    Coverage (Check applicable boxes for each option):**

| | | |
|---|---|---|
| **1.  Coverage Type:** | ☐ Nursing Home Only<br>☒ Nursing Home w/Professional Home Care<br>☐ Nursing Home w/Home Care | ☐ Nursing Home Only<br>☐ Nursing Home w/Professional Home Care<br>☐ Nursing Home w/Home Care |
| **2a. Benefit Amount**<br>(minimum of $1,500: amounts are available in increments of $100) | Nursing Home   $ _2400_<br>Home Care%   ☐ 50%<br>☐ 75%   ☒ 100% | Nursing Home   $_____<br>Home Care   $_____<br>Home Care Benefit Amount cannot exceed Nursing Home Benefit Amount |
| **2b. Elimination Period (Days)** | ☐ 30  ☐ 60  ☒ 90  ☐ 180  ☐ 365 | ☐ 20          ☐ 100 |
| **2c. Benefit Period (Years)** | ☐ 2   ☐ 3   ☒ 6   ☐ Life | Nursing Home   ☐ 1 ☐ 2 ☐ 4 ☐ 6 ☐ Life<br>Home Care   ☐ 1 ☐ 3 ☐ 5 |
| **3a. Optional Provisions** | Inflation Protection:<br>None              ☐<br>5% Simple        ☐2x  ☒ No Cap<br>5% Compound   ☐2x  ☐ No Cap<br>Paid Up          ☒ No   ☐ Yes | Inflation Protection:<br>None              ☐<br>5% Simple        ☐No Cap<br>5% Compound   ☐No Cap<br>Paid Up          Not Available |
| **3b. Special Request** | ☐ Date to Save Age<br>☐ Special Policy Date _____<br>☐ Other | ☐ Date to Save Age<br>☐ Special Policy Date _____<br>☐ Other |

**4.  Payment/Billing:**

a)  Who Will Pay Premiums?
☒ Proposed Insured      ☐ Employer          ☐ Other

b)  Send Bills To:
☒ Proposed Insured      ☐ Employer          ☐ Other
If Employer or Other:
Name:_____
Street:_____ Apt/Suite:_____
City:_____ State:_____ Zip:_____

c)  How Often Do You Want To Be Billed?
☒ Annually      ☐ Semi-Annually      ☐ Quarterly      ☐ Monthly (Flexbill or A.P.P. only)
*If A.P.P., complete an Authorization and Agreement for Automatic Payments form

d)  If Ownership Beneficiary Other Than Proposed Insured, Provide Name & Address
Name:_____
Street:_____ Apt/Suite:_____
City:_____ State:_____ Zip:_____

e)  Add to existing LTC Bill?
☐ Yes          ☒ No
If yes, details:_____

Exh. L
26 of 27

V.    Agreement

I have read this application and I understand that:

UNUM Life Insurance Company of America (UNUM) will rely on the information provided in this application and any supplemental applications, medical exams or tests and other questionnaires to determine whether to provide the coverage I have requested. All these documents shall form a part of my contract of insurance.

No agent, broker, medical examiner or other person except an authorized employee of UNUM may
- change or waive questions asked or answers given in this application or in my medical examination;
- determine if I am eligible for coverage;
- promise that I will be issued coverage;
- change or waive any rights or requirements of UNUM.

I agree that:

Payment of premium is my responsibility. If any other person collects, pays or forwards any part of the premium for this coverage, they act as my agent and not an agent for UNUM.  If UNUM does not receive premium as due, the policy will lapse in accordance with the provisions of the policy. No coverage will be effective until UNUM has approved my application and received the required premium.

All the statements I have made in this application are true, complete and correctly recorded to the best of my knowledge and belief. Any false statement or misrepresentation in this application may result in loss of coverage under this policy.

Signed at: _____   _____   on _____ ,19 _____
               City                State

_____          _____
Signature of Proposed Insured                   Signature of Applicant if other than Proposed Insured

_____
Signature of Broker

## VI.    Authorization

I authorize any hospital, physician, medical practitioner, clinic, other medical or medically related facility, the Medical Information Bureau, pharmacy, insurance company or government agency to disclose or furnish to UNUM Life Insurance Company of America (UNUM), its subsidiaries or representatives, any information with respect to any illness (including mental illness, drug or alcohol abuse or injury), medical history, consultations, prescriptions, treatments or benefits; and I authorize them to provide copies of all applicable records that may be requested.

The information provided to UNUM, its subsidiaries or representatives is to be used to determine my eligibility for insurance coverage and to evaluate a claim for benefits during the time this authorization is valid.

I agree that this authorization shall be valid for 2 1/2 years from the date it is signed. I have read this authorization and understand that I may receive a copy and that a photocopy of this shall be as valid as the original. I have also read and received a copy of the Notice of Information.

Caution:  If your answers on this application are misstated or untrue, UNUM may have the right to deny benefits or rescind your policy.

X _____          _____
Signature of Applicant                               Date

EX. L
27 of 27

4

# EXHIBIT M





Exh. M
1 of 28

Your Coverage & Policy Benefits

# CAROLYN LITTLE

# LAC603716

# LONG TERM CARE
## NURSING HOME AND PROFESSIONAL HOME CARE POLICY

UNUM Life Insurance Company of America (referred to as "we", "our" and "us") is pleased to issue this insurance policy to you.  This policy provides long term care benefits under stated conditions.  Please refer to the policy provisions where we tell you when and how we will pay benefits.  You will find an index of these provisions on Page 2.

**Notice to buyer:**  This policy may not cover all of the costs associated with long term care incurred by the buyer during the period of coverage.  The buyer is advised to review carefully all policy limitations.

## THIS POLICY IS GUARANTEED RENEWABLE
## WE HAVE A LIMITED RIGHT TO CHANGE PREMIUMS

You may renew this policy on each Policy Anniversary by paying each premium before its Grace Period ends.  We reserve the right to change premiums for this policy.  To do so, we must change the premiums for all similar policies issued in your state on this policy form.  Any change in premium will be effective on your Policy Anniversary Date.  We will send you written notice at least 31 days in advance.

## 30 DAY RIGHT TO EXAMINE YOUR POLICY

You may cancel this policy for any reason within 30 days after it is delivered to you or your representative. Simply return the policy, within 30 days of its receipt, to us at our Home Office.  If this is done, the policy will be canceled from the beginning and all of the premium paid will be refunded within 10 days after the policy is returned to us.

## IMPORTANT CAUTION ABOUT YOUR APPLICATION

We issued this policy based upon medical and other questions you answered in your application.  A copy of your application is attached.  If, for any reason, any of your answers are incorrect or untrue, contact us immediately at the address stated below, to the attention of the Long Term Care Division.

**If your answers on this application are misstated or untrue, we may have the right to deny benefits or rescind your coverage.**  The best time to clear up any questions is now, before a claim arises!

**THIS POLICY IS NOT A MEDICARE SUPPLEMENT POLICY.  If you are eligible for Medicare, review the Medicare Supplement Buyer's Guide available from us.**

> **THIS POLICY IS AN APPROVED LONG-TERM CARE INSURANCE POLICY UNDER CALIFORNIA LAW AND REGULATIONS.  HOWEVER, THE BENEFITS PAYABLE BY THIS POLICY WILL NOT QUALIFY FOR MEDI-CAL ASSET PROTECTION UNDER THE CALIFORNIA PARTNERSHIP FOR LONG-TERM CARE.  FOR INFORMATION ABOUT POLICIES AND CERTIFICATES QUALIFYING UNDER THE CALIFORNIA PARTNERSHIP FOR LONG-TERM CARE, CALL THE HEALTH INSURANCE COUNSELING AND ADVOCACY PROGRAM AT THE TOLL-FREE NUMBER, 1-800-434-0222.**

This policy becomes effective on the Effective Date shown on Page 3, provided the first modal premium is paid.

_signature_                                           _signature_

Secretary                                            President

UNUM Life Insurance Company of America
Portland, Maine  04122

LTC7392                                                                           CA

Exh. M
3 of 28

# INDEX OF POLICY PROVISIONS

| | | | | |
|---|---|---|---|---|
| **1** | **Renewal** | | **16** | **Premiums** |
| | | | | Waiver of Premium |
| **1** | **Thirty Day Right to Examine Policy** | | | Grace Period |
| | | | | Reinstatement |
| **3** | **Policy Schedule** | | **17** | Refund of Premium After Death |
| | | | | |
| **4** | **THERE IS NO PAGE 4 IN THIS POLICY** | | **18** | **General Provisions** |
| | | | | The Contract |
| **5** | **Terms You Should Know** | | | Statements |
| | | | | Legal Actions |
| | | | | Incontestable |
| **11** | **Benefits** | | | Conformity with State Statutes |
| | Monthly Benefit | | **19** | Misstatement of Age |
| | Bed Reservation Provision | | | Pre-Existing Conditions |
| **12** | Benefit Increase Provision | | | Nonparticipating |
| | Respite Care Benefit | | | Owner |
| | How To File a Claim | | | Loss Payee |
| **13** | When Claims Are Paid | | | Assignment |
| **14** | To Whom Claims Are Paid | | | |
| | Claim Overpayment | | | |
| | Termination of Benefits | | | |
| | Plan Exclusions | | | |

Exh. M
4 of 28

## POLICY SCHEDULE

| | | | |
|---|---|---|---|
| **INSURED** | Carolyn J Little | **POLICY DATE** | 03/09/1998 |
| **POLICY NUMBER** | LAC603716 | **EFFECTIVE DATE** | 03/09/1998 |

### SUMMARY OF PREMIUM

Premiums are payable in United States dollars as follows:   Spousal Discount Applied

| | Annual | Semi Annual | Quarterly | Monthly |
|---|---|---|---|---|
| Current Modal Premiums | $873.66 | $445.57 | $227.15 | $78.63 |

### SUMMARY OF COVERAGE

| Form #   LTC7392 | Nursing Home |
|---|---|
| Effective Date | 03/09/1998 |
| Annual Premium | $508.70 |
| Elimination Period | 90 Cumulative days |
| Benefit Amount | $2,400 Per Month |
| Residential Care Facility Benefit | 60% of the Nursing Home Benefit or 100% of the Home Care Benefit whichever is greater. |
| Lifetime Maximum Benefit Amount | Unlimited |

| Form #   LTC7392 | Professional Home and Community Care Benefit |
|---|---|
| Home Care Effective Date | 03/09/1998 |
| Annual Premium | $364.96 |
| Home Care Benefit | 100% of Nursing Facility and Residential Care Facility Benefit |

### Riders

| Benefit Increase Provision | 5% Simple  Unlimited |
|---|---|
| Non Forfeiture Benefit | None |
| Accelerated Payment Option | None |

If the Lifetime Maximum Benefit Amount is Unlimited, the Lifetime Maximum Benefit Amount will not be limited to any dollar amount.

The Lifetime Maximum Benefit Amount for the Policy and any optional riders attached to the Policy will not exceed the Lifetime Maximum Benefit Amount shown on the Policy schedule.

The Nursing Home Benefit Amount and the Lifetime Maximum Benefit Amount will increase each policy anniversary, based on the Benefit Increase Provision purchased.

Exh. M
5 of 28

## POLICY SCHEDULE (continued)

THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK

Exh. M
6 of 28

4

# TERMS YOU SHOULD KNOW

Many terms used in your policy have special meanings.  A list of these terms and meanings follows:

**"Activities of Daily Living" (ADLs) are:**

(a) **bathing:** the ability to wash yourself either in the tub or shower or by sponge bath, with or without equipment or adaptive devices without stand-by assistance of another person.

(b) **dressing:** the ability to put on and take off all garments, and medically necessary braces or artificial limbs usually worn, and to fasten or unfasten them, without the stand-by assistance of another person.

(c) **transferring:** the ability to move in and out of a chair or bed with or without equipment such as canes, quad canes, walkers, crutches or grab bars or other support devices including mechanical or motorized devices without the stand-by assistance of another person.

(d) **ambulating:**  the ability to walk from one location to another, indoors or outdoors, with or without the use of supportive equipment such as a walker, crutches, or artificial limbs without the stand-by assistance of another person.

(e) **toileting:** the ability to get to and from and on and off the toilet, to maintain a reasonable level of personal hygiene, and to care for clothing, without the stand-by assistance of another person.

(f) **continence:** the ability to voluntarily control bowel and bladder function, or, in the event of incontinence, the ability to maintain a reasonable level of personal hygiene without the stand-by assistance of another person.

(g) **eating:** the ability to get nourishment into the body by any means once it has been prepared and made available to you, without the stand-by assistance of another person.

**"Adult Day Care"** means care provided by an Adult Day Care Facility.

**"Adult Day Care Facility"** is a facility that provides a community-based group program offering health, social and related support services for impaired adults; operates under state licensing laws and any other laws that apply.

**"Assessment"** means an interview of you done by us or our representative to assist in the determination of your insurability at the time of application, or the determination of Loss of Functional Capacity or Cognitive Impairment at the time of your claim.



Exh. M
7 of 28

**"Cognitive Impairment"** means that you have suffered a deterioration or loss in your intellectual capacity which requires another person's assistance or verbal cueing to protect yourself or others as measured by clinical evidence and standardized tests which reliably measure your impairment in the following areas:

. Your short or long term memory;

. Your orientation as to person (such as who You are), place (such as Your location), and time (such as day, date, and year);

. Your deductive or abstract reasoning.

Such loss in intellectual capacity can result from Alzheimer's disease or similar forms of senility, irreversible dementia or Advanced Age.

**"Effective Date"** is the date shown in the Policy Schedule on page 3. Coverage takes effect on the Effective Date provided the first Modal Premium is paid.

**"Elimination Accumulation Period"**. We do not require that an Elimination Period longer than 30 days be consecutive days. However, we do require that an Elimination Period longer than 30 days occur entirely during a limited time span, called the Elimination Accumulation Period. The Elimination Accumulation Period is equal to 3 times the Elimination Period. The number of days in the Elimination Accumulation Period is shown in the Policy Schedule.

**"Elimination Period"** means a period of either:

(a) 30 or less consecutive days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving services in a Nursing Facility or Residential Care Facility for which no benefit is payable, or 30 consecutive days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving Professional Home Care and no benefit is payable. Each calendar week that you receive at least one day of Professional Home Care will be counted as seven days towards completing the Elimination Period. If you continue to remain at home or another similar place and do not receive Professional Home Care for at least one day within a calendar week, the Elimination Period will begin again.

A separate Elimination Period will apply to each covered loss. However, each covered loss that is separated from the other by less than 6 months will be considered to be the same covered loss and not subject to a new Elimination Period; or

(b) greater than 30 cumulative days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving services in a Nursing Facility or Residential Care Facility and for which no benefit is payable, or during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving Professional Home Care and no benefit is payable. Each calendar week that you receive at least one day of Professional Home Care will be counted as seven days towards

6



completing the Elimination Period.  An Elimination Period longer than 30 days must be satisfied by you only once during your Lifetime.

The number of days in the Elimination Period is shown in the Policy Schedule.

**"Home Care Provider"** is:

(a)  an organization that, or a nurse or other professional who, is licensed or certified by the appropriate licensing agency of the state where Professional Home Care will be provided; or certified as a home care organization as defined under Medicare;

(b)  any other organization that meets all of the following tests:

- primarily provides nursing care and other therapeutic services;

- has standards, policies and rules established by a professional group which is associated with the organization;

- includes at least one doctor and one registered nurse;

- maintains a written record of care on each patient; and

- includes a plan of care and record of services provided;

(c)  a skilled or unskilled person appropriately licensed by the state, if required, to provide services under a Plan of Care developed by a Physician or a multi-disciplinary team under medical direction; or

(d)  a similar organization approved by us.

**"Home Office"** means the UNUM Life Insurance Company of America, 2211 Congress Street, Portland, Maine 04122.

**"Homemaker Services"** means assistance necessary to or consistent with your ability to remain living in your home.

**"Hospice Facility"** is a facility that provides a formal program of care for terminally ill patients whose life expectancy is less than 6 months, provided on an inpatient or outpatient basis and directed by a physician or multi-disciplinary team under medical direction.  It must be licensed, certified or registered in accordance with state law.

**"Lifetime Maximum Benefit Amount"** means the total dollar amount of benefits that will be paid under the Policy.  The Lifetime Maximum Benefit Amount is shown in the Policy Schedule.

**"Loss of Functional Capacity"** means that you are unable to perform 2 or more ADLs because of Sickness, Injury or Advanced Age.

7

Exh. M
9 of 28

**"Monthly Benefit Amount"** means your monthly Nursing Home, Residential Care Facility or Professional Home Care Benefit Amount shown in the Policy Schedule.

**"Nursing Facility"** means:

(a)  a facility, or a distinctly separate part of a hospital, that provides skilled or intermediate nursing care and custodial care and operates under state licensing laws and any other laws that apply; or

(b)  any other facility that meets all of the following tests:

  (1)  is operated as a health care facility under applicable state licensing laws and any other laws;

  (2)  primarily provides nursing care under the orders of a Physician;

  (3)  operates under the supervision of a registered nurse or a licensed vocational nurse;

  (4)  is regularly engaged in providing room and board and continuously provides 24-hour-per-day nursing care of sick and injured persons;

  (5)  maintains a daily medical record of each patient who must be under the care of a Physician;

  (6)  is authorized to administer medication to patients on the order of a Physician; and

  (7)  is not, other than incidentally, a home for the mentally retarded, the mentally ill, the blind or the deaf, a hotel, a domiciliary care home, a residence, or a home for alcoholics or drug abusers; or

(c)  a similar facility approved by us.

**"Nursing Home Benefit"** means your monthly Nursing Home Benefit Amount shown in the Policy Schedule.

**"Personal Care"** means assistance with ADLs, including the instrumental ADLs, provided by a skilled or unskilled person under a Plan of Care.  The instrumental ADLs include using the telephone, managing medications, moving about outside, shopping for essentials, preparing meals, laundry and light housekeeping.

**"Plan of Care"** means a program of treatment or care.  It must be developed by your physician or multi-disciplinary team and approved in writing by your physician before the start of home care services.  The Plan of Care is subject to updating in writing no more often than every 60 days.  The insured will be responsible for submitting:

(a)  the physician approved Plan of Care; and



(b)  the updates of such plan.

**"Professional Home Care"** means services provided under a Plan of Care and include:

(a)  occupational, physical, respiratory or speech therapy;

(b)  nursing care services provided by a registered nurse or a licensed vocational nurse;

(c)  services provided by a medical social worker or home health aide;

(d)  Homemaker Services;

(e)  Personal Care; or

(f)  Hospice services.

Professional Home Care does not include services performed by your family members either directly to you or through a Home Care Provider or an Adult Day Care Facility.  Your family members include your spouse, children, parents, sisters, brothers, grandparents or grandchildren, or persons related to you by marriage.

Professional Home Care services do not include services by providers that are not licensed or certified, when such services require licensing or certification under the laws of the states where the services are provided.

**"Professional Home Care Benefit"** means your monthly Professional Home Care Benefit Amount shown in the Policy Schedule.

**"Residential Care Facility"** means:

(a)  A facility that is primarily engaged in providing ongoing care and services in one location and meets all of the following tests:

(1)  provides 24 hour a day care; and

(2)  provides custodial services and personal care assistance to support needs as a result of the Loss of Functional Capacity or Cognitive Impairment; and

(3)  has night supervision to the extent required by law; and

(4)  provides 3 meals a day, including special dietary requirements; and

(5)  operates under state licensing laws and any other laws that apply; and

(6)  is not, other than incidentally, a home for alcoholics or drug abusers, or a hotel; or

(b)  a similar facility approved by us.

9


Exh. M
11 of 28

NOTE: These requirements are typically met by Residential Care Facilities that are either free standing facilities or part of a life care community.  In general, they are not met by individual residences, boarding homes, or independent living units.

**"Respite Care"** means short-term or periodic care which is required to maintain your health or safety and to give temporary relief to your primary informal caregiver from his or her caregiving duties.  Respite Care can be provided in your home, a Nursing Facility, a Residential Care Facility, an Adult Day Care Facility, or a similar facility approved by us.

**"Stand-by Assistance"** means you require the presence of another human being to ensure that all or part of an ADL may be completed or to ensure your safety.  Stand-by assistance may also mean that in order to accomplish an ADL, you need verbal cueing.

**"You"** and **"Your"** refer to the Insured named on Page 3.  It is the person whom we are insuring.  The Insured cannot be changed.

Exh. M
12 of 28

# BENEFITS

**Monthly Benefit**

After you satisfy the Elimination Period, we will pay you:

(a)  the Nursing Home Benefit Amount if you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and are receiving services in a Nursing Facility, or

(b)  the Residential Care Facility Benefit Amount if you suffer a covered Loss of Functional Capacity or covered Cognitive impairment and are receiving services in a Residential Care Facility.

The Residential Care Facility Benefit Amount will be the greater of:

(1)  60% of the Nursing Home Benefit Amount; or

(2)  the Professional Home Care Benefit percentage shown on the Policy Schedule.

(c)  the Monthly Professional Home Care Benefit if you choose to receive care anywhere other than a Nursing Facility or Residential Care Facility and are receiving Professional Home Care Services.  This care can be provided at any type of facility, such as an Adult Day Care Facility, a Hospice Facility, or your home by a Home Care Provider.  You must give us proof indicating days of Professional Home Care services provided to you before a benefit will be paid.

We will send the benefit payments to you each month.  If you are eligible for benefits for a period that is less than one month, we will pay 1/30th of the net monthly payment for each day that you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and are receiving services.  Benefit payments will cease as provided in the "Termination of Benefits" section of this policy.  In no event will the benefits paid under this policy exceed the Maximum Benefit Amount shown in the Policy Schedule on Page 3.

**Bed Reservation Provision**

If your stay in a Nursing Facility or Residential Care Facility is interrupted because you are hospitalized and you are receiving a benefit, we will continue to pay you the Monthly Benefit Amount if a charge is made to reserve your Nursing Facility or Residential Care Facility accommodations.  Such benefit will count toward the Lifetime Maximum Benefit Amount.

If your stay is interrupted while you are completing your Elimination Period, such days will be used to help satisfy this period.

Covered Bed Reservation days will be limited to 31 days per calendar year.


Exh. M
13 of 28

**Benefit Increase Provision**

Your Nursing Home Benefit will increase each year on the Policy Anniversary by 5% of your original Nursing Home Benefit amount.  Increases will be automatic and will occur regardless of your health and whether or not you have suffered a covered Loss of Functional Capacity or a covered Cognitive Impairment.  Your Maximum Benefit Amount will also increase by 5%.  Your premium will not increase due to automatic increases in your Nursing Home Benefit.

**Respite Care Benefit**

If you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment but Professional Home Care Benefits have not yet become payable, we will make payments to you for each day you receive Respite Care for up to 15 days each calendar year.  The amount of your daily payment will equal 1/30th of your Monthly Professional Home Care Benefit Amount.  You do not have to complete an Elimination Period for Respite Care payments to become payable.  Care can be provided to you by:

(a)  a formal caregiver, such as a Home Care Provider, a registered nurse, a licensed vocational nurse in:

- your home,

- nursing home,

- Residential Care Facility,

- Adult Day Care Facility,

- a similar facility approved by us; or

(b)  an informal caregiver, such as your friends or relatives.

Other than for premium waived during the Elimination Period according to the terms of the policy, premium will not be waived while you are receiving a payment for Respite Care.

Respite Care Benefits will count toward the Maximum Benefit Amount, and will end when the Lifetime Maximum Benefit Amount has been reached.

**How To File a Claim**

You must give us written <u>notice</u> of claim within 30 days of the date of Loss of Functional Capacity or Cognitive Impairment.  If it is not possible for you to give us notice within this time limit, it must be given as soon as reasonably possible.

We will send you our initial claim forms when we receive your written notice of claim.  If you do not receive our claim forms within 15 days after written notice of claim is sent, you can send us written proof of claim without waiting for the forms.

12   

You must give us initial <u>proof</u> of claim no later than 90 days after the date of Loss of Functional Capacity or Cognitive Impairment.

You must give us proof of continued Loss of Functional Capacity or Cognitive Impairment:

(a)  at intervals requested by us; and

(b)  within 90 days of our request.

If it is not possible for you to give proof within these time limits, it must be given as soon as reasonably possible.  However, proof of claim must be given no later than one year after the time proof is otherwise required.

In addition to claim forms, we may, at our expense and from time to time during the continuance of your loss, require one or more of the following as proof of claim:

(a)  an Assessment;

(b)  a Physician's statement and/or copies of relevant medical records from any Physician or health care provider involved in your care;

(c)  an independent medical examination.

We reserve the right to select the Physician to perform the independent medical examination, and to request additional information necessary to our claim determination from you, your Physician, or other health care providers.

The proof must cover:

(a)  the date the Loss of Functional Capacity or Cognitive Impairment occurred;

(b)  the cause of the Loss of Functional Capacity or Cognitive Impairment;

(c)  the extent of the Loss of Functional Capacity or Cognitive Impairment; and

(d)  such other proof as we may deem necessary.

**When Claims are Paid**

When we receive proof of claim, benefits payable under the policy will be paid before the end of the month for each day for which you were entitled to benefits during the prior month.

Exh. M
15 of 28

**To Whom Claims Are Paid**

All benefits are payable directly to you unless you have requested in writing that payment be made otherwise.

If you die while you are eligible to receive benefits, we will pay any accrued benefit to your estate.  At our option, any remaining benefit of $1,000 or less may be paid to an alternative payee if either of the following is true:

(a)  such benefit is payable to your estate, or

(b)  such benefit is payable to any person who is a minor or otherwise not competent to give a valid release.

The alternative payee must be a person who we feel is entitled to receive the benefit.  Also, the alternative payee must be related to you by blood or marriage.  Any such payments made in good faith will fully discharge us to the extent of such payment.

**Claim Overpayment**

If for any reason, benefits have been paid for a period for which you were not entitled to benefits, repayment of the overpayment must be made to us within 45 days of notice to you. Any amounts not repaid may be recovered by us by offsetting against any amounts otherwise payable to you under this Policy, or by other reasonable means.

**Termination of Benefits**

Your benefits will cease on the earliest of:

(a)  the day after you cease to suffer a covered Loss of Functional Capacity or covered Cognitive Impairment;

(b)  the day after the Lifetime Maximum Benefit Amount has been paid;

(c)  the day after you die.

Termination of coverage under any condition will not prejudice any payable claim which begins prior to termination.

**Plan Exclusions**

We will not provide benefits for:

(a)  a loss which is caused by a war or any act of war, whether declared or undeclared, that occurs while your insurance is in force;

14   

(b)  a loss which is caused by intentionally self-inflicted injuries or attempted suicide;

(c)  a loss which is caused by or results from the commission or attempted commission of a felony by you;

(d)  a loss you sustain or contract in consequence of being intoxicated or under the influence of any narcotic unless administered on the advice of a physician;

(e)  a loss which is caused by a psychological, psychiatric, or mental condition including depression, generalized anxiety disorders, personality disorders, schizophrenia or manic depressive disorders whether treated by drugs, counseling, or other forms of therapy, and irrespective of cause.

This policy **does cover** losses from conditions that are physical in nature, such as Parkinson's disease, Alzheimer's disease, multi-infarct dementia, brain injury, brain tumors, or other conditions not listed in the first sentence of this paragraph (e), involving structural alterations of the brain;

(f)  a period during which you are outside of Hawaii, Alaska, and the continental United States for longer than 30 days;

(g)  a period in which you are confined in a hospital, other than if you are confined to a Nursing Facility that is a distinctly separate part of a hospital.

Exh. M
17 of 28

# PREMIUMS

**Waiver of Premium**

After you have satisfied your Elimination Period, we will waive premium payment during any period for which benefits are payable.  Any premium which you had paid to us during your Elimination Period will be refunded to you on a pro rata basis.

The pro rata refund will be calculated based on the number of days in your Elimination Period.

If the Monthly Benefit is no longer payable, or if you do not receive Professional Home Care for a period of 30 consecutive days, you must resume premium payments.  We will notify you of the amount of your next premium payment and the date it is due.

**Grace Period**

The Grace Period is the 31 consecutive days that begin with the day a premium is due.  We will keep this policy in effect and continue coverage during that time.  If the premium is not paid during those 31 days, this policy will lapse.  However, lapse of the policy will not prejudice any payable claim for a covered loss which begins prior to policy lapse.

The first premium is due and payable on the Effective Date of the policy.  There is no Grace Period for the first premium.

**Reinstatement**

If this policy terminates because a premium is not paid by the end of the Grace Period, you may apply to reinstate this policy at any time until the first unpaid premium is six months overdue.

In order to reinstate this policy, three requirements must be met.  They are:

(a)  you must complete a reinstatement application;

(b)  we must approve that reinstatement application; and

(c)  you must pay all unpaid premium.

If we approve the reinstatement application, we will reinstate this policy on the approval date.  If we issue a conditional receipt/-prepayment agreement and do not approve or disapprove the reinstatement application within 45 days from the date of the prepayment agreement, we will reinstate this policy on that 45th day.

If we accept premium without a rein-statement application, this policy will be reinstated.

If this policy is reinstated, it will only cover loss resulting from:

16   

(a)  Injury that occurs on or after the date this policy is reinstated; or

(b)  Sickness which begins more than 10 days after this policy is reinstated.

It WILL NOT cover any Injury or Sickness which is excluded by name or description in this policy.

**Refund of Premium After Death**

If you die while insured under this policy, we will refund any pro rata portion of your premium paid covering the period after your death.  We will make the refund within 30 days after we receive written notice of your death.  Payment will be made to your estate.

Exh. M
19 of 28

# GENERAL PROVISIONS

**The Contract**

This policy, including your attached application and any attached papers, represents the entire contract between you and us.  Statements by agents or brokers are not part of our contract.  Only an executive officer of this Company can approve a change in this policy.  The approval must be in writing and be endorsed on or attached to this policy.  No one else can change this policy or waive any of its provisions.

Unless we tell you something else, years, months and anniversaries that we refer to are calculated from the Policy Date shown on Page 3.

**Statements**

In the absence of fraud, all statements you make in applying for this coverage are considered representations and not warranties (absolute guarantees).

No statements by you will be used to deny a claim unless a copy of your statements has been given to you.

**Legal Actions**

No one may start legal actions to recover on this policy until 60 days after written Proof of Loss has been given to us.  Legal action must be started within three years after the written Proof of Loss is required to be furnished.

**Incontestable**

After two years from the policy's Effective Date, only fraudulent misstatements in your application may be used to contest this policy.  If this policy is reinstated, the contestable period will be two years from the reinstatement date or the date of the last application if no application is received at the time of reinstatement.

"Contest" means that we question the validity of coverage under this policy by letter to you.  This contest is effective on the date we mail the letter and refund the premium to you.

There is no time limit to contest this policy for fraudulent misstatements.

**Conformity with State Statutes**

If any provision of this policy conflicts with the statutes of the state where you reside on the Effective Date of that provision, it is amended to conform with the minimum requirements of those statutes.  Premiums may be changed to reflect these policy requirements.

18 

**Misstatement of Age**

If your age has been misstated, any benefit payable will be changed to the amount which the premium paid would have bought for the correct age.

If we accept premium for coverage which we would not have issued or which would have ceased according to the correct age, our only liability is to refund the premium for the period not covered.

**Pre-Existing Conditions**

We will not reduce or deny any claim under this policy because a Sickness or Injury had existed before the policy's Effective Date.

**Nonparticipating; Dividends Not Payable**

This policy does not participate in our profits or surplus earnings; and no dividends will be paid at any time.

**Owner**

You own this policy.  You have all the rights and privileges granted by this policy while it is in effect.  Some of your ownership rights are:

(a)  the right to continue or terminate this policy;

(b)  the right to name someone else (a Loss Payee) to receive the benefits of this policy;

(c)  the right to suspend this policy while you are in military service; and

(d)  the right to assign any or all rights under this policy.

**Loss Payee**

If you decide to have someone else receive policy benefits, you must notify us in writing on a form satisfactory to us.  The notice will be effective when we receive it at our Home Office.

**Assignment**

You may assign any or all ownership rights to someone else.  The assignment must be in writing and must specify the rights which are assigned and for how long.  The Loss Payee is not changed by an assignment unless the assignment specifically names a new Loss Payee.  When an assignment is in effect, "you" and "your" refer to the assignee in provisions which describe ownership rights.

No assignment is binding on us until the original or an acceptable copy is received at our Home Office.  We are not responsible for the validity or effect of any assignment.

19  

California Life and Health Insurance
Guarantee Association Act
Summary Document and Disclaimer

Residents of California who purchase life and health insurance and annuities should know that the insurance companies licensed in this state to write these types of insurance are members of the California Life and Health Insurance Guarantee Association ("CLHIGA").   The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations.   If this should happen, the Guarantee Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force.   The valuable extra protection provided through the Association is not unlimited, however, as noted in the box below, and is not a substitute for consumers' care in selecting insurers.

> The California Life and Health Insurance Guarantee Association may not provide coverage for this policy.  If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued  residency in California.  You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.
>
> Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.
>
> Insurance companies or their agents are required by law to give or send you this notice.  **However, insurance companies and their agents are prohibited by law from using the existence of the Guarantee Association to induce you to purchase any kind of insurance policy.**
>
> Policyholders with additional questions should first contact their insurer or agent or may than contact
>
> California Life and Health Insurance          Consumer Service Division
> Guarantee Association                         California Department of Insurance
> P. O. Box 17319                               300 South Spring Street
> Beverly Hills, CA 90209-3319                  Los Angeles, CA 90013

Below is a brief summary of this law's coverages, exclusions and limits.  This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Association.


COVERAGE

Generally, individuals will be protected by the California Life and Health Insurance Guarantee Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer.  The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

Exh. M
22 of 28

## EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this Guarantee Association if:

- Their insurer was not authorized to do business in this state when it issued the policy or contract;
- Their policy was issued by a health care service plan (HMO), Blue Cross, Blue Shield, a charitable organization, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company, an insurance exchange, or a grants and annuities society;
- They are eligible for protection under the laws of another state.  This may occur when the insolvent insurer was incorporated in another state whose guarantee association protects insureds who live outside that state.

The Guarantee Association also does not provide coverage for:

- Unallocated annuity contracts; that is, contracts which are not issued to and owned by an individual and which guarantee rights to group contract holders, not individuals;
- Employer and association plans, to the extent they are self-funded or uninsured;
- Synthetic guaranteed interest contracts;
- Any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
- Any policy of reinsurance unless an assumption certificate was issued;
- Interest rate yields that exceed an average rate;
- Any portion of a contract that provides dividends or experience rating credits.

## LIMITS ON AMOUNT OF COVERAGE

The Act limits the Association to pay benefits as follows:

### LIFE AND ANNUITY BENEFITS

- 80% of what the life insurance company would owe under a life policy or annuity contract up to
  - $100,000 in cash surrender values,
  - $100,000 in present value of annuities, or
  - $250,000 in life insurance death benefits.
- A maximum of $250,000 for any one insured life no matter how many policies and contracts there were with the same company, even if the policies provided different types of coverages.

### HEALTH BENEFITS

- A maximum of $200,000 of the contractual obligations that the health insurance company would owe were it not insolvent.  The maximum may increase or decrease annually based upon changes in the health care cost component of the consumer price index.

## PREMIUM SURCHARGE

Member insurers are required to recoup assessments paid to the Association by way of a surcharge on premiums charged for insurance policies to which the Act applies.

Exh. M
23 of 28



## UNUM.

### AMENDMENT OF APPLICATION

Proposed Insured   **Carolyn J Little**        Application Date **11/16/97**

Application Number(s)      **LAB 057127**        Policy Number   **LAC603716**

I (each of the undersigned) have carefully read this Amendment Of Application and I understand and agree that:

1. This Amendment will become part of the identified Application(s) for the policy referenced above;

2. The Application(s) and the coverage applied for are changed as follows:

   **Long Term Care Application, Section IV, Question 3a, Optional Provisions, Inflation Protection, to be changed to Simple No Cap.**

3. The coverage applied for in the Application(s) referenced above cannot become effective until the Company has approved the coverage in writing at its Home Office, and this Amendment is signed by the Proposed Insured and the Applicant, if other than the Proposed Insured;

4. Issuance of said coverage, as amended above, shall be consideration for the agreement contained in this Amendment;

5. The matters discussed in this Amendment are subject to all of the terms and conditions of the referenced Application(s) and the Policy;

6. Once this Amendment is signed, it binds all persons claiming any interest under the Policy.

A duplicate copy of this Amendment has been attached to the Policy.

Signed at _Quincy, CA_ _____ on _____ _3/17_ , 19 _98_

_____        _____
Witness                           Signature of Proposed Insured

                                  _____
                                  Signature of Applicant
                                  (If other than Proposed Insured)

662-85

Exh. M
24 of 28

UNUM LIFE INSURANCE COMPANY OF AMERICA
2211 Congress Street
Portland, Maine 04122
207-770-2211

# I.   Personal Profile

Applicant's Name (Please Print Last, First, Middle)

Occupation
*RETIRED*

Address (Street, Apartment No., City, State, Zip)

Telephone (Include Area Code)

Social Security No.

Date of Birth

Height ___ Ft. __7__ Ins.

Weight ___ Lbs.

☐ Male   ☒ Female   ☐ Single   ☒ Married

**Yes  No**   If married, is your spouse;
☒  ☐   Applying for Long Term Care coverage at this time? or
☐  ☒   Currently covered by UNUM for Long Term Care coverage?
        If yes, please list policy number:_____

# II.   Insurance Information

|  | Yes | No | (Please check Yes or No) |
|---|---|---|---|
| 1. | ☐ | ☒ | Are you currently covered by Medicaid? |
| 2. | ☐ | ☒ | Are you currently receiving disability income benefits or long term care benefits? |
| 3. | ☐ | ☒ | Do you have another long term care insurance policy or certificate in force, including coverage under a health care service contract or health maintenance organization contract? If yes, provide policy number:_____ |
| 4. | ☐ | ☒ | Have you had another long term care insurance policy or certificate in force during the last 12 months? If yes, with which insurance company?_____ If the policy lapsed, when did it lapse?_____ |
| 5. | ☐ | ☒ | Do you intend to replace any of your medical health coverage with this UNUM policy? If yes, name of insurance company:_____ Policy Number:_____ Type of Plan:_____ |

# III.   Medical History (Part A)

Primary Physician (Name and Title)

Telephone (Include Area Code)

Address (Street, City, State, Zip)
109 Central Avenue, Quincy MA 9

Exh. M
25 of 28

III.   Medical History (Part B)

Please answer all questions. Do not change any of the wording or this application will be void.

|   | Yes | No | Please check Yes or No for each question |
|---|---|---|---|
| 2. | ☐ | ☒ | Have you used tobacco in the last 12 months? |
| 3. | ☐ | ☒ | Do you need human assistance of any kind to perform everyday activities such as bathing, continence, dressing, eating, using the toilet or transferring (for example from a chair to your bed)? |
| 4. | ☐ | ☒ | Do you use any special medical equipment or appliances such as a walker, cane, wheelchair, catheter, oxygen tank or artificial limb? |
| 5. | ☐ | ☒ | Have you ever been advised to discontinue the use of alcohol because of health reasons; been arrested in connection with the use of alcohol or drugs; or been advised to seek counseling for alcoholism or drug abuse? |
| 6. | ☐ | ☒ | Have you ever been denied coverage for medical insurance, disability insurance, long term care insurance, nursing home insurance or life insurance? If yes, please explain. |

**In the past 5 years, have you ever had, been told you had, or been treated for:**

|   | Yes | No | Please check Yes or No and circle condition(s) |
|---|---|---|---|
| 7. | ☐ | ☒ | A disorder of the heart or circulatory system, heart attack, high blood pressure or chest pain; |
| 8. | ☐ | ☒ | A psychological, psychiatric or mental disorder, mental illness, anxiety, or depression; |
| 9. | ☐ | ☒ | A disorder of the stomach, liver, pancreas, gallbladder, intestines or rectum; cirrhosis, ulcers or significant weight loss; |
| 10. | ☐ | ☒ | A neurological disorder including Parkinson's disease, multiple sclerosis, Alzheimer's disease, stroke/TIA, paralysis, fainting, mental retardation, convulsions or epilepsy; |
| 11. | ☐ | ☒ | A disorder of the urinary or reproductive systems, kidney disease, cystitis or prostate problems; |
| 12. | ☐ | ☒ | Glandular problems, diabetes, or thyroid problems; |
| 13. | ☐ | ☒ | Any conditions of the lungs or respiratory tract, emphysema, chronic cough, shortness of breath, tuberculosis, spitting up blood; |
| 14. | ☐ | ☒ | Cancers, tumors, leukemia, Hodgkin's disease, lymphoma; |
| 15. | ☐ | ☒ | Bone or joint disorder, arthritis, gout, osteoporosis, amputation, sciatica, slipped disc; |
| 16. | ☐ | ☒ | Any recurrent infections, skin diseases, pressure sores or skin ulcers; |
| 17. | ☐ | ☒ | AIDS or the AIDS-related Complex (ARC); |
| 18. | ☐ | ☒ | A disorder or disease of the eyes or ears including blindness, balance disturbance, cataracts, glaucoma or hearing loss; ~~LEFT EAR DEAFNESS~~ |
| 19. | ☐ | ☒ | Any injuries due to falls or other trauma |

*If you answered yes to any of the previous questions, please provide the name of any prescribed medications you have taken and the name, address and telephone number of the prescribing physician:*

| Question Number | Name of Medication | Name, Address & Phone No. of Prescribing Physician |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Exh. M
26 of 28

LAB 057127

## IV.   Coverage (Check applicable boxes for each option):

| | Advantage I | Advantage II |
|---|---|---|
| **1. Coverage Type:** | ☐ Nursing Home Only<br>☒ Nursing Home w/Professional Home Care<br>☐ Nursing Home w/Home Care | ☐ Nursing Home Only<br>☐ Nursing Home w/Professional Home Care<br>☐ Nursing Home w/Home Care |
| **2a. Benefit Amount**<br>(minimum of $1,500; amounts are available in increments of $100) | Nursing Home *$5 ???? 2400*<br>Home Care%   ☐ 50%<br>☐ 75%  ☒ 100% | Nursing Home  $_____<br>Home Care     $_____<br>Home Care Benefit Amount cannot exceed<br>Nursing Home Benefit Amount |
| **2b. Elimination Period (Days)** | ☐ 30  ☐ 60  ☒ 90  ☐ 180  ☐ 365 | ☐ 20     ☐ 100 |
| **2c. Benefit Period (Years)** | ☐ 2  ☒ 3  ☐ 6  ☒ Life<br>*(25)* | Nursing Home  ☐ 1 ☐ 2 ☐ 4 ☐ 6 ☐ Life<br>Home Care     ☐ 1 ☐ 3 ☐ 5 |
| **3a. Optional Provisions** | Inflation Protection:<br>None            ☐<br>5% Simple      ☐2x  ☐ No Cap<br>5% Compound ☐2x  ☐ No Cap<br>Paid Up          ☒ No  ☐ Yes | Inflation Protection:<br>None            ☐<br>5% Simple      ☐No Cap<br>5% Compound ☐No Cap<br>Paid Up          Not Available |
| **3b. Special Request** | ☐ Date to Save Age<br>☐ Special Policy Date _____<br>☐ Other | ☐ Date to Save Age<br>☐ Special Policy Date _____<br>☐ Other |

**4.  Payment/Billing:**

a)  Who Will Pay Premiums?
☒ Proposed Insured        ☐ Employer          ☐ Other

b)  Send Bills To:
☒ Proposed Insured        ☐ Employer          ☐ Other
If Employer or Other:
Name:_____
Street:_____ Apt/Suite:_____
City:_____ State:_____ Zip:_____

c)  How Often Do You Want To Be Billed?
☒ Annually   ☐ Semi-Annually   ☐ Quarterly   ☐ Monthly (Flexbill or A.P.P. only)
*If A.P.P., complete an Authorization and Agreement for Automatic Payments form

d)  If Ownership Beneficiary Other Than Proposed Insured, Provide Name & Address
Name:_____
Street:_____ Apt/Suite:_____
City:_____ State:_____ Zip:_____

e)  Add to existing LTC Bill?
☐ Yes    ☒ No
If yes, details:_____

Exh. M
27 of 28

## V.    Agreement

I have read this application and I understand that:

supplemental applications, medical exams or tests and other questionnaires to determine whether to provide the coverage I have requested. All these documents shall form a part of my contract of insurance.

No agent, broker, medical examiner or other person except an authorized employee of UNUM may
- change or waive questions asked or answers given in this application or in my medical examination;
- determine if I am eligible for coverage;
- promise that I will be issued coverage;
- change or waive any rights or requirements of UNUM.

**I agree that:**
Payment of premium is my responsibility. If any other person collects, pays or forwards any part of the premium for this coverage, they act as my agent and not an agent for UNUM.  If UNUM does not receive premium as due, the policy will lapse in accordance with the provisions of the policy. No coverage will be effective until UNUM has approved my application and received the required premium.

All the statements I have made in this application are true, complete and correctly recorded to the best of my knowledge and belief. Any false statement or misrepresentation in this application may result in loss of coverage under this policy.

Signed at: _____   on _____ ,19 _____
              City              State

_____          _____
Signature of Proposed Insured                Signature of Applicant if other than Proposed Insured

_____
Signature of Broker

## VI.    Authorization

I authorize any hospital, physician, medical practitioner, clinic, other medical or medically related facility, the Medical Information Bureau, pharmacy, insurance company or government agency to disclose or furnish to UNUM Life Insurance Company of America (UNUM), its subsidiaries or representatives, any information with respect to any illness (including mental illness, drug or alcohol abuse or injury), medical history, consultations, prescriptions, treatments or benefits; and I authorize them to provide copies of all applicable records that may be requested.

The information provided to UNUM, its subsidiaries or representatives is to be used to determine my eligibility for insurance coverage and to evaluate a claim for benefits during the time this authorization is valid.

I agree that this authorization shall be valid for 2 1/2 years from the date it is signed. I have read this authorization and understand that I may receive a copy and that a photocopy of this shall be as valid as the original. I have also read and received a copy of the Notice of Information.

**Caution: If your answers on this application are misstated or untrue, UNUM may have the right to deny benefits or rescind your policy.**

X _____          _____
Signature of Applicant                        Date

Exh. M
28 of 28

4

LAB 057127

# EXHIBIT N

 **UNUM.**

## LONG TERM CARE
## NURSING HOME AND PROFESSIONAL HOME CARE POLICY

UNUM Life Insurance Company of America (referred to as "we", "our" and "us") is pleased to issue this insurance policy to you. This policy provides long term care benefits under stated conditions. Please refer to the policy provisions where we tell you when and how we will pay benefits. You will find an index of these provisions on Page 2.

**Notice to buyer:** This policy may not cover all of the costs associated with long term care incurred by the buyer during the period of coverage. The buyer is advised to review carefully all policy limitations.

## THIS POLICY IS GUARANTEED RENEWABLE
## WE HAVE A LIMITED RIGHT TO CHANGE PREMIUMS

You may renew this policy on each Policy Anniversary by paying each premium before its Grace Period ends. We reserve the right to change premiums for this policy. To do so, we must change the premiums for all similar policies issued in your state on this policy form. Any change in premium will be effective on your Policy Anniversary Date. We will send you written notice at least 31 days in advance.

## 30 DAY RIGHT TO EXAMINE YOUR POLICY

You may cancel this policy for any reason within 30 days after it is delivered to you or your representative. Simply return the policy, within 30 days of its receipt, to us at our Home Office. If this is done, the policy will be canceled from the beginning and all of the premium paid will be refunded within 10 days after the policy is returned to us.

## IMPORTANT CAUTION ABOUT YOUR APPLICATION

We issued this policy based upon medical and other questions you answered in your application. A copy of your application is attached. If, for any reason, any of your answers are incorrect or untrue, contact us immediately at the address stated below, to the attention of the Long Term Care Division.

**If your answers on this application are misstated or untrue, we may have the right to deny benefits or rescind your coverage.** The best time to clear up any questions is now, before a claim arises!

**THIS POLICY IS NOT A MEDICARE SUPPLEMENT POLICY. If you are eligible for Medicare, review the Medicare Supplement Buyer's Guide available from us.**

---

THIS POLICY IS AN APPROVED LONG-TERM CARE INSURANCE POLICY UNDER CALIFORNIA LAW AND REGULATIONS. HOWEVER, THE BENEFITS PAYABLE BY THIS POLICY WILL NOT QUALIFY FOR MEDI-CAL ASSET PROTECTION UNDER THE CALIFORNIA PARTNERSHIP FOR LONG-TERM CARE. FOR INFORMATION ABOUT POLICIES AND CERTIFICATES QUALIFYING UNDER THE CALIFORNIA PARTNERSHIP FOR LONG-TERM CARE, CALL THE HEALTH INSURANCE COUNSELING AND ADVOCACY PROGRAM AT THE TOLL-FREE NUMBER, 1-800-434-0222.

---

This policy becomes effective on the Effective Date shown on Page 3, provided the first modal premium is paid.

*Kevin J. Tierney*
Secretary

*E. Rosen*
President

UNUM Life Insurance Company of America
Portland, Maine  04122

Exh. N
1 of 19

CA
1042-95(2/98)

## CALIFORNIA DISCLOSURE NOTICE

**UNUM Life Insurance Company of America**
2211 Congress Street
Portland, Maine  04122
(207) 770-2211

**California Department of Insurance – Consumer Services**

45 Fremont Street
San Francisco, California 94105
(415) 904-5410

OR

300 S. Spring Street, 14th floor
Los Angeles, California 90013
(213) 346-6789

If you should have any questions or concerns, please contact your agent or broker.

The Department of Insurance should be contacted only after discussions with the insurer or your agent or broker, or both, have failed to produce a satisfactory resolution to the problem.

Exh. N
2 of 19

# INDEX OF POLICY PROVISIONS

| | | | |
|---|---|---|---|
| 1 | **Renewal** | 13 | **Premiums** |
| 1 | **Thirty Day Right to Examine Policy** | | Waiver of Premium |
| | | | Grace Period |
| 3 | **Policy Schedule** | | Reinstatement |
| | | 14 | Refund of Premium After Death |
| 4 | THERE IS NO PAGE 4 IN THIS POLICY | 14 | **General Provisions** |
| 5 | **Terms You Should Know** | | The Contract |
| | | | Statements |
| | | | Legal Actions |
| 9 | **Benefits** | | Incontestable |
| | Monthly Benefit | | Conformity with State Statutes |
| 10 | Bed Reservation Provision | | Misstatement of Age |
| | Respite Care Benefit | 15 | Pre-Existing Conditions |
| | Benefit Increase Provision | | Nonparticipating |
| 11 | How To File a Claim | | Owner |
| | When Claims Are Paid | | Loss Payee |
| | To Whom Claims Are Paid | | Assignment |
| 12 | Claim Overpayment | | |
| | Termination of Benefits | | |
| | Plan Exclusions | | |

Exh. N
3 of 19

# POLICY SCHEDULE

**INSURED**    Leroy E Little

**POLICY NUMBER**    LAC603718

**POLICY DATE**    03/09/98

**EFFECTIVE DATE**    03/09/98

## SUMMARY OF PREMIUM

Premiums are payable as follows:

| Beginning | Annual | Semi-Annual | Quarterly | Monthly |
|---|---|---|---|---|
| 03/09/98 | $1,273.97 | $649.72 | $331.23 | $114.66 |

## SUMMARY OF COVERAGE

Form    LTC7392

Effective Date    03/09/98

Annual Premium    $1,273.97

| | |
|---|---|
| Elimination Period | 90 Cumulative days |
| Elimination Accumulation Period | 270 Days |
| *Benefit Amount | Nursing Home Benefit - $2,400 Per Month |
| | Professional Home Care Benefit - 100% of Nursing Home Benefit |
| Lifetime Maximum Benefit Amount | $172,800 |
| Benefit Increase Provision | 5% Simple  Unlimited |

\* The Benefit Amount and the Maximum Benefit Amount will increase each policy anniversary based on the Benefit Increase Provision purchased.

\* Residential Care Facility Benefit will be 60% of the Nursing Home Benefit; or the Home Care Benefit if the percentage is greater.

Ex. N
4 of 19

3

# TERMS YOU SHOULD KNOW

Many terms used in your policy have special meanings.  A list of these terms and meanings follows:

**"Activities of Daily Living" (ADLs) are:**

(a)  **bathing:** the ability to wash yourself either in the tub or shower or by sponge bath, with or without equipment or adaptive devices without stand-by assistance of another person.

(b)  **dressing:** the ability to put on and take off all garments, and medically necessary braces or artificial limbs usually worn, and to fasten or unfasten them, without the stand-by assistance of another person.

(c)  **transferring:** the ability to move in and out of a chair or bed with or without equipment such as canes, quad canes, walkers, crutches or grab bars or other support devices including mechanical or motorized devices without the stand-by assistance of another person.

(d)  **ambulating:**  the ability to walk from one location to another, indoors or outdoors, with or without the use of supportive equipment such as a walker, crutches, or artificial limbs without the stand-by assistance of another person.

(e)  **toileting:** the ability to get to and from and on and off the toilet, to maintain a reasonable level of personal hygiene, and to care for clothing, without the stand-by assistance of another person.

(f)  **continence:** the ability to voluntarily control bowel and bladder function, or, in the event of incontinence, the ability to maintain a reasonable level of personal hygiene without the stand-by assistance of another person.

(g)  **eating:** the ability to get nourishment into the body by any means once it has been prepared and made available to you, without the stand-by assistance of another person.

**"Adult Day Care"** means care provided by an Adult Day Care Facility.

**"Adult Day Care Facility"** is a facility that provides a community-based group program offering health, social and related support services for impaired adults; operates under state licensing laws and any other laws that apply.

**"Assessment"** means an interview of you done by us or our representative to assist in the determination of your insurability at the time of application, or the determination of Loss of Functional Capacity or Cognitive Impairment at the time of your claim.

**"Cognitive Impairment"** means that you have suffered a deterioration or loss in your intellectual capacity which requires another person's assistance or verbal cueing to protect yourself or others as measured by clinical evidence and standardized tests which reliably measure your impairment in the following areas:

•  Your short or long term memory;

•  Your orientation as to person (such as who You are), place (such as Your location), and time (such as day, date, and year);

•  Your deductive or abstract reasoning.

Exh. N
5 oF 19

Such loss in intellectual capacity can result from Alzheimer's disease or similar forms of senility, irreversible dementia or Advanced Age.

**"Effective Date"** is the date shown in the Policy Schedule on page 3. Coverage takes effect on the Effective Date provided the first Modal Premium is paid.

**"Elimination Accumulation Period"**. We do not require that an Elimination Period longer than 30 days be consecutive days. However, we do require that an Elimination Period longer than 30 days occur entirely during a limited time span, called the Elimination Accumulation Period. The Elimination Accumulation Period is equal to 3 times the Elimination Period. The number of days in the Elimination Accumulation Period is shown in the Policy Schedule.

**"Elimination Period"** means a period of either:

(a) 30 or less consecutive days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving services in a Nursing Facility or Residential Care Facility for which no benefit is payable, or 30 consecutive days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving Professional Home Care and no benefit is payable. Each calendar week that you receive at least one day of Professional Home Care will be counted as seven days towards completing the Elimination Period. If you continue to remain at home or another similar place and do not receive Professional Home Care for at least one day within a calendar week, the Elimination Period will begin again.

A separate Elimination Period will apply to each covered loss. However, each covered loss that is separated from the other by less than 6 months will be considered to be the same covered loss and not subject to a new Elimination Period; or

(b) greater than 30 cumulative days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving services in a Nursing Facility or Residential Care Facility and for which no benefit is payable, or during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving Professional Home Care and no benefit is payable. Each calendar week that you receive at least one day of Professional Home Care will be counted as seven days towards completing the Elimination Period. An Elimination Period longer than 30 days must be satisfied by you only once during your Lifetime.

The number of days in the Elimination Period is shown in the Policy Schedule.

**"Home Care Provider"** is:

(a) an organization that, or a nurse or other professional who, is licensed or certified by the appropriate licensing agency of the state where Professional Home Care will be provided; or certified as a home health care organization as defined under Medicare;

(b) any other organization that meets all of the following tests:

- primarily provides nursing care and other therapeutic services;

Exh. N
6 of 19

- has standards, policies and rules established by a professional group which is associated with the organization;

- includes at least one doctor and one registered nurse;

- maintains a written record of care on each patient; and

- includes a plan of care and record of services provided;

(c)  a skilled or unskilled person appropriately licensed by the state, if required, to provide services under a Plan of Care developed by a Physician or a multi-disciplinary team under medical direction; or

(d)  a similar organization approved by us.

**"Home Office"** means the UNUM Life Insurance Company of America, 2211 Congress Street, Portland, Maine 04122.

**"Homemaker Services"** means assistance necessary to or consistent with your ability to remain living in your home.

**"Hospice Facility"** is a facility that provides a formal program of care for terminally ill patients whose life expectancy is less than 6 months, provided on an inpatient or outpatient basis and directed by a physician or multi-disciplinary team under medical direction. It must be licensed, certified or registered in accordance with state law.

**"Lifetime Maximum Benefit Amount"** means the total dollar amount of benefits that will be paid under the Policy. The Lifetime Maximum Benefit Amount is shown in the Policy Schedule.

**"Loss of Functional Capacity"** means that you are unable to perform 2 or more ADLs because of Sickness, Injury or Advanced Age.

**"Monthly Benefit Amount"** means your monthly Nursing Home, Residential Care Facility or Professional Home Care Benefit Amount shown in the Policy Schedule.

**"Nursing Facility"** means:

(a)  a facility, or a distinctly separate part of a hospital, that provides skilled or intermediate nursing care and custodial care and operates under state licensing laws and any other laws that apply; or

(b)  any other facility that meets all of the following tests:

(1)  is operated as a health care facility under applicable state licensing laws and any other laws;

(2)  primarily provides nursing care under the orders of a Physician;

(3)  operates under the supervision of a registered nurse or a licensed vocational nurse;

(4)  is regularly engaged in providing room and board and continuously provides 24-hour-per-day nursing care of sick and injured persons;

(5)  maintains a daily medical record of each patient who must be under the care of a Physician;

(6)  is authorized to administer medication to patients on the order of a Physician; and

Ex. N

7 of 19

(7) is not, other than incidentally, a home for the mentally retarded, the mentally ill, the blind or the deaf, a hotel, a domiciliary care home, a residence, or a home for alcoholics or drug abusers; or

(c) a similar facility approved by us.

**"Nursing Home Benefit"** means your monthly Nursing Home Benefit Amount shown in the Policy Schedule.

**"Personal Care"** means assistance with ADLs, including the instrumental ADLs, provided by a skilled or unskilled person under a Plan of Care.  The instrumental ADLs include using the telephone, managing medications, moving about outside, shopping for essentials, preparing meals, laundry and light housekeeping.

**"Plan of Care"** means a program of treatment or care.  It must be developed by your physician or multi-disciplinary team and approved in writing by your physician before the start of home care services.  The Plan of Care is subject to updating in writing no more often than every 60 days.  The insured will be responsible for submitting:

(a) the physician approved Plan of Care; and

(b) the updates of such plan.

**"Professional Home Care"** means services provided under a Plan of Care and include:

(a) occupational, physical, respiratory or speech therapy;

(b) nursing care services provided by a registered nurse or a licensed vocational nurse;

(c) services provided by a medical social worker or home health aide;

(d) Homemaker Services;

(e) Personal Care; or

(f) Hospice services.

Professional Home Care does not include services performed by your family members either directly to you or through a Home Care Provider or an Adult Day Care Facility.  Your family members include your spouse, children, parents, sisters, brothers, grandparents or grandchildren, or persons related to you by marriage.

Professional Home Care services do not include services by providers that are not licensed or certified, when such services require licensing or certification under the laws of the states where the services are provided.

**"Professional Home Care Benefit"** means your monthly Professional Home Care Benefit Amount shown in the Policy Schedule.

**"Residential Care Facility"** means:

(a) A facility that is primarily engaged in providing ongoing care and services in one location and meets all of the following tests:

(1) provides 24 hour a day care; and

(2) provides custodial services and personal care assistance to support needs as a result of the Loss of Functional Capacity or Cognitive Impairment; and

(3) has night supervision to the extent required by law; and

Exh. N

8 of 19

(4) provides 3 meals a day, including special dietary requirements; and

(5) operates under state licensing laws and any other laws that apply; and

(6) is not, other than incidentally, a home for alcoholics or drug abusers, or a hotel; or

(b) a similar facility approved by us.

NOTE: These requirements are typically met by Residential Care Facilities that are either free standing facilities or part of a life care community. In general, they are not met by individual residences, boarding homes, or independent living units.

**"Respite Care"** means short-term or periodic care which is required to maintain your health or safety and to give temporary relief to your primary informal caregiver from his or her caregiving duties. Respite Care can be provided in your home, a Nursing Facility, a Residential Care Facility, an Adult Day Care Facility, or a similar facility approved by us.

**"Stand-by Assistance"** means you require the presence of another human being to ensure that all or part of an ADL may be completed or to ensure your safety. Stand-by assistance may also mean that in order to accomplish an ADL, you need verbal cueing.

**"You" and "Your"** refer to the Insured named on Page 3. It is the person whom we are insuring. The Insured cannot be changed.

## BENEFITS

### Monthly Benefit

After you satisfy the Elimination Period, we will pay you:

(a) the Nursing Home Benefit Amount if you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and are receiving services in a Nursing Facility, or

(b) the Residential Care Facility Benefit Amount if you suffer a covered Loss of Functional Capacity or covered Cognitive impairment and are receiving services in a Residential Care Facility.

The Residential Care Facility Benefit Amount will be the greater of:

(1) 60% of the Nursing Home Benefit Amount; or

(2) the Professional Home Care Benefit percentage shown on the Policy Schedule.

(c) the Monthly Professional Home Care Benefit if you choose to receive care anywhere other than a Nursing Facility or Residential Care Facility and are receiving Professional Home Care Services. This care can be provided at any type of facility, such as an Adult Day Care Facility, a Hospice Facility, or your home by a Home Care Provider. You must give us proof indicating days of Professional Home Care services provided to you before a benefit will be paid.

Exh. N
9 of 19

We will send the benefit payments to you each month.  If you are eligible for benefits for a period that is less than one month, we will pay 1/30th of the net monthly payment for each day that you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and are receiving services. Benefit payments will cease as provided in the "Termination of Benefits" section of this policy. In no event will the benefits paid under this policy exceed the Maximum Benefit Amount shown in the Policy Schedule on Page 3.

**Bed Reservation Provision**

If your stay in a Nursing Facility or Residential Care Facility is interrupted because you are hospitalized and you are receiving a benefit, we will continue to pay you the Monthly Benefit Amount if a charge is made to reserve your Nursing Facility or Residential Care Facility accommodations.  Such benefit will count toward the Lifetime Maximum Benefit Amount.

If your stay is interrupted while you are completing your Elimination Period, such days will be used to help satisfy this period.

Covered Bed Reservation days will be limited to 31 days per calendar year.

**Respite Care Benefit**

If you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment but Professional Home Care Benefits have not yet become payable, we will make payments to you for each day you receive Respite Care for up to 15 days each calendar year.  The amount of your daily payment will equal 1/30th of your Monthly Professional Home Care Benefit Amount.  You do not have to complete an Elimination Period for Respite Care

payments to become payable.  Care can be provided to you by:

(a) a formal caregiver, such as a Home Care Provider, a registered nurse, a licensed vocational nurse in:

- your home,
- nursing home,
- Residential Care Facility,
- Adult Day Care Facility,
- a similar facility approved by us; or

(b) an informal caregiver, such as your friends or relatives.

Other than for premium waived during the Elimination Period according to the terms of the policy, premium will not be waived while you are receiving a payment for Respite Care.

Respite Care Benefits will count toward the Maximum Benefit Amount, and will end when the Lifetime Maximum Benefit Amount has been reached.

**Benefit Increase Provision - 5% Simple Inflation Protection**

Your Monthly Benefit will increase each year on the Policy Anniversary by 5% of your Monthly Benefit.  Increases will be automatic and will occur regardless of your health and whether or not you have suffered a covered Loss of Functional Capacity or covered Cognitive Impairment.  Your premium will not increase due to automatic increases in your Monthly Benefit.  Your Lifetime Maximum Benefit Amount will also increase by 5%.

Exh N
10 of 17

10A

**How To File a Claim**

You must give us written <u>notice</u> of claim within 30 days of the date of Loss of Functional Capacity or Cognitive Impairment. If it is not possible for you to give us notice within this time limit, it must be given as soon as reasonably possible.

We will send you our initial claim forms when we receive your written notice of claim. If you do not receive our claim forms within 15 days after written notice of claim is sent, you can send us written proof of claim without waiting for the forms.

You must give us initial <u>proof</u> of claim no later than 90 days after the date of Loss of Functional Capacity or Cognitive Impairment.

You must give proof of continued Loss of Functional Capacity or Cognitive Impairment:

(a) at intervals requested by us; and

(b) within 90 days of our request.

If it is not possible for you to give proof within these time limits, it must be given as soon as reasonably possible. However, proof of claim must be given no later than one year after the time proof is otherwise required.

In addition to claim forms, we may, at our expense and from time to time during the continuance of your loss, require one or more of the following as proof of claim:

(a) an Assessment;

(b) a Physician's statement and/or copies of relevant medical records from any Physician or health care provider involved in your care;

(c) an independent medical examination.

We reserve the right to select the Physician to perform the independent medical examination, and to request additional information necessary to our claim determination from you, your Physician, or other health care providers.

The proof must cover:

(a) the date the Loss of Functional Capacity or Cognitive Impairment occurred;

(b) the cause of the Loss of Functional Capacity or Cognitive Impairment;

(c) the extent of the Loss of Functional Capacity or Cognitive Impairment; and

(d) such other proof as we may deem necessary.

**When Claims are Paid**

When we receive proof of claim, benefits payable under the policy will be paid before the end of the month for each day for which you were entitled to benefits during the prior month.

**To Whom Claims Are Paid**

All benefits are payable directly to you unless you have requested in writing that payment be made otherwise.

If you die while you are eligible to receive benefits, we will pay any accrued benefit to your estate. At our option, any remaining benefit of $1,000 or less may be paid to an alternative payee if either of the following is true:

Exh. N
11 of 19

(a)  such benefit is payable to your estate, or

(b)  such benefit is payable to any person who is a minor or otherwise not competent to give a valid release.

The alternative payee must be a person who we feel is entitled to receive the benefit. Also, the alternative payee must be related to you by blood or marriage. Any such payments made in good faith will fully discharge us to the extent of such payment.

## Claim Overpayment

If for any reason, benefits have been paid for a period for which you were not entitled to benefits, repayment of the overpayment must be made to us within 45 days of notice to you. Any amounts not repaid may be recovered by us by offsetting against any amounts otherwise payable to you under this Policy, or by other reasonable means.

## Termination of Benefits

Your benefits will cease on the earliest of:

(a)  the day after you cease to suffer a covered Loss of Functional Capacity or covered Cognitive Impairment;

(b)  the day after the Lifetime Maximum Benefit Amount has been paid;

(c)  the day after you die.

Termination of coverage under any condition will not prejudice any payable claim which begins prior to termination.

## Plan Exclusions

We will not provide benefits for:

(a)  a loss which is caused by a war or any act of war, whether declared or undeclared, that occurs while your insurance is in force;

(b)  a loss which is caused by intentionally self-inflicted injuries or attempted suicide;

(c)  a loss which is caused by or results from the commission or attempted commission of a felony by you;

(d)  a loss you sustain or contract in consequence of being intoxicated or under the influence of any narcotic unless administered on the advice of a physician;

(e)  a loss which is caused by a psychological, psychiatric, or mental condition including depression, generalized anxiety disorders, personality disorders, schizophrenia or manic depressive disorders whether treated by drugs, counseling, or other forms of therapy, and irrespective of cause.

This policy **does cover** losses from conditions that are physical in nature, such as Parkinson's disease, Alzheimer's disease, multi-infarct dementia, brain injury, brain tumors, or other conditions not listed in the first sentence of this paragraph (e), involving structural alterations of the brain;

(f)  a period during which you are outside of Hawaii, Alaska, and the continental United States for longer than 30 days;

Exh. N

12 of 19

(g) a period in which you are confined in a hospital, other than if you are confined to a Nursing Facility that is a distinctly separate part of a hospital.

## PREMIUMS

### Waiver of Premium

After you have satisfied your Elimination Period, we will waive premium payment during any period for which benefits are payable. Any premium which you had paid to us during your Elimination Period will be refunded to you on a pro rata basis.

The pro rata refund will be calculated based on the number of days in your Elimination Period.

If the Monthly Benefit is no longer payable, or if you do not receive Professional Home Care for a period of 30 consecutive days, you must resume premium payments. We will notify you of the amount of your next premium payment and the date it is due.

### Grace Period

The Grace Period is the 31 consecutive days that begin with the day a premium is due. We will keep this policy in effect and continue coverage during that time. If the premium is not paid during those 31 days, this policy will lapse. However, lapse of the policy will not prejudice any payable claim for a covered loss which begins prior to policy lapse.

The first premium is due and payable on the Effective Date of the policy. There is no Grace Period for the first premium.

### Reinstatement

If this policy terminates because a premium is not paid by the end of the Grace Period, you may apply to reinstate this policy at any time until the first unpaid premium is six months overdue.

In order to reinstate this policy, three requirements must be met. They are:

(a) you must complete a reinstatement application;

(b) we must approve that reinstatement application; and

(c) you must pay all unpaid premium.

If we approve the reinstatement application, we will reinstate this policy on the approval date. If we issue a conditional receipt/prepayment agreement and do not approve or disapprove the reinstatement application within 45 days from the date of the prepayment agreement, we will reinstate this policy on that 45th day.

If we accept premium without a rein-statement application, this policy will be reinstated.

If this policy is reinstated, it will only cover loss resulting from:

(a) Injury that occurs on or after the date this policy is reinstated; or

(b) Sickness which begins more than 10 days after this policy is reinstated.

It WILL NOT cover any Injury or Sickness which is excluded by name or description in this policy.

Exh. N
13 of 19

**Refund of Premium After Death**

If you die while insured under this policy, we will refund any pro rata portion of your premium paid covering the period after your death. We will make the refund within 30 days after we receive written notice of your death. Payment will be made to your estate.

# GENERAL PROVISIONS

**The Contract**

This policy, including your attached application and any attached papers, represents the entire contract between you and us. Statements by agents or brokers are not part of our contract. Only an executive officer of this Company can approve a change in this policy. The approval must be in writing and be endorsed on or attached to this policy. No one else can change this policy or waive any of its provisions.

Unless we tell you something else, years, months and anniversaries that we refer to are calculated from the Policy Date shown on Page 3.

**Statements**

In the absence of fraud, all statements you make in applying for this coverage are considered representations and not warranties (absolute guarantees).

No statements by you will be used to deny a claim unless a copy of your statements has been given to you.

**Legal Actions**

No one may start legal actions to recover on this policy until 60 days after written Proof of Loss has been given to us. Legal action must be started within three years after the written Proof of Loss is required to be furnished.

**Incontestable**

After two years from the policy's Effective Date, only fraudulent misstatements in your application may be used to contest this policy. If this policy is reinstated, the contestable period will be two years from the reinstatement date or the date of the last application if no application is received at the time of reinstatement.

"Contest" means that we question the validity of coverage under this policy by letter to you. This contest is effective on the date we mail the letter and refund the premium to you.

There is no time limit to contest this policy for fraudulent misstatements.

**Conformity with State Statutes**

If any provision of this policy conflicts with the statutes of the state where you reside on the Effective Date of that provision, it is amended to conform with the minimum requirements of those statutes. Premiums may be changed to reflect these policy requirements.

**Misstatement of Age**

If your age has been misstated, any benefit payable will be changed to the amount which the premium paid would have bought for the correct age.

If we accept premium for coverage which we would not have issued or which would have

14 of 19

ceased according to the correct age, our only liability is to refund the premium for the period not covered.

## Pre-Existing Conditions

We will not reduce or deny any claim under this policy because a Sickness or Injury had existed before the policy's Effective Date.

## Nonparticipating; Dividends Not Payable

This policy does not participate in our profits or surplus earnings; and no dividends will be paid at any time.

## Owner

You own this policy.  You have all the rights and privileges granted by this policy while it is in effect.  Some of your ownership rights are:

(a)  the right to continue or terminate this policy;

(b)  the right to name someone else (a Loss Payee) to receive the benefits of this policy;

(c)  the right to suspend this policy while you are in military service; and

(d)  the right to assign any or all rights under this policy.

## Loss Payee

If you decide to have someone else receive policy benefits, you must notify us in writing on a form satisfactory to us.  The notice will be effective when we receive it at our Home Office.

## Assignment

You may assign any or all ownership rights to someone else.  The assignment must be in writing and must specify the rights which are assigned and for how long.  The Loss Payee is not changed by an assignment unless the assignment specifically names a new Loss Payee.  When an assignment is in effect, "you" and "your" refer to the assignee in provisions which describe ownership rights.

No assignment is binding on us until the original or an acceptable copy is received at our Home Office.  We are not responsible for the validity or effect of any assignment.



15 of 19

## I.  Personal Profile

**Applicant's Name (Please Print Last, First, Middle)**
*LITTLE, LEROR E.*

**Occupation**
*RETIRED*

**Address (Street, Apartment No., City, State, Zip)**
████████████████████████████████████

**Telephone (Include Area Code)**
████████████

**Social Security No.**
████████████

**Date of Birth**
*11/ /1931*

**Height**
*6* Ft. *1* Ins.

**Weight**
*185* Lbs.

☒ Male    ☐ Female    ☐ Single    ☒ Married

Yes No   If married, is your spouse;
☒ ☐    Applying for Long Term Care coverage at this time? or
☐ ☒    Currently covered by UNUM for Long Term Care coverage?
         If yes, please list policy number: _____

## II.  Insurance Information

|   | Yes | No | (Please check Yes or No) |
|---|-----|-----|--------------------------|
| 1. | ☐ | ☒ | Are you currently covered by Medicaid? |
| 2. | ☐ | ☒ | Are you currently receiving disability income benefits or long term care benefits? |
| 3. | ☐ | ☒ | Do you have another long term care insurance policy or certificate in force, including coverage under a health care service contract or health maintenance organization contract? |
|   |   |   | If yes, provide policy number: _____ |
| 4. | ☐ | ☒ | Have you had another long term care insurance policy or certificate in force during the last 12 months? |
|   |   |   | If yes, with which insurance company? _____ |
|   |   |   | If the policy lapsed, when did it lapse? _____ |
| 5. | ☐ | ☒ | Do you intend to replace any of your medical health coverage with this UNUM policy? |
|   |   |   | If yes, name of insurance company: _____ |
|   |   |   | Policy Number: _____ Type of Plan: _____ |

## III.  Medical History (Part A)

**Primary Physician (Name and Title)**
*DR. STEVEN VARGAS*

**Telephone (Include Area Code)**
████████████

**Address (Street, City, State, Zip)**
*1060 VALLEY VIEW DR, DINUBY, CA*

*Exh. N*
*18 of 19*

## IV.   Coverage (Check applicable boxes for each option):

| | Advantage I | Advantage II |
|---|---|---|
| **1. Coverage Type:** | ☐ Nursing Home Only<br>☒ Nursing Home w/Professional Home Care<br>☐ Nursing Home w/Home Care | ☐ Nursing Home Only<br>☐ Nursing Home w/Professional Home Care<br>☐ Nursing Home w/Home Care |
| **2a. Benefit Amount**<br>(minimum of $1,500; amounts are available in increments of $100) | Nursing Home  $ _2400_<br>Home Care%   ☐ 50%<br>                      ☐ 75%  ☒ 100% | Nursing Home  $_____<br>Home Care  $_____<br>Home Care Benefit Amount cannot exceed Nursing Home Benefit Amount |
| **2b. Elimination Period (Days)** | ☐ 30  ☐ 60  ☒ 90  ☐ 180  ☐ 365 | ☐ 20          ☐ 100 |
| **2c. Benefit Period (Years)** | ☐ 2  ☐ 3  ☒ 6  ☐ Life | Nursing Home  ☐ 1 ☐ 2 ☐ 4 ☐ 6 ☐ Life<br>Home Care    ☐ 1 ☐ 3 ☐ 5 |
| **3a. Optional Provisions** | Inflation Protection:<br>None                        ☐<br>5% Simple        ☐ 2x   ☒ No Cap<br>5% Compound  ☐ 2x   ☐ No Cap<br>Paid Up            ☒ No   ☐ Yes | Inflation Protection:<br>None                        ☐<br>5% Simple        ☐ No Cap<br>5% Compound  ☐ No Cap<br>Paid Up            Not Available |
| **3b. Special Request** | ☐ Date to Save Age<br>☐ Special Policy Date _____<br>☐ Other | ☐ Date to Save Age<br>☐ Special Policy Date _____<br>☐ Other |

**4. Payment/Billing:**

   a) Who Will Pay Premiums?
     ☒ Proposed Insured        ☐ Employer        ☐ Other

   b) Send Bills To:
     ☒ Proposed Insured        ☐ Employer        ☐ Other
     If Employer or Other:
     Name:_____
     Street:_____ Apt/Suite:_____
     City:_____ State:_____ Zip:_____

   c) How Often Do You Want To Be Billed?
     ☒ Annually    ☐ Semi-Annually      ☐ Quarterly    ☐ Monthly (Flexbill or A.P.P. only)
     *If A.P.P., complete an Authorization and Agreement for Automatic Payments form

   d) If Ownership Beneficiary Other Than Proposed Insured, Provide Name & Address
     Name:_____
     Street:_____ Apt/Suite:_____
     City:_____ State:_____ Zip:_____

   e) Add to existing LTC Bill?
     ☐ Yes        ☒ No
     If yes, details:_____

Exh. N
17 of 19

| III. | Medical History (Part B) |
|---|---|

Please answer all questions. Do not change any of the wording or this application will be void.

Yes   No   *Please check Yes or No for each question.*

1.  ☐  ☒  Have you gained or lost more than ten pounds in the last 12 months?
2.  ☐  ☒  Have you used tobacco in the last 12 months?
3.  ☐  ☒  Do you need human assistance of any kind to perform everyday activities such as bathing, continence, dressing, eating, using the toilet or transferring (for example from a chair to your bed)?
4.  ☐  ☒  Do you use any special medical equipment or appliances such as a walker, cane, wheelchair, catheter, oxygen tank or artificial limb?
5.  ☐  ☒  Have you ever been advised to discontinue the use of alcohol because of health reasons; been arrested in connection with the use of alcohol or drugs; or been advised to seek counseling for alcoholism or drug abuse?
6.  ☐  ☒  Have you ever been denied coverage for medical insurance, disability insurance, long term care insurance, nursing home insurance or life insurance? If yes, please explain.

**In the past 5 years, have you ever had, been told you had, or been treated for:**

Yes   No   *Please check Yes or No and circle condition(s)*

7.  ☐  ☒  A disorder of the heart or circulatory system, heart attack, high blood pressure or chest pain;
8.  ☐  ☒  A psychological, psychiatric or mental disorder, mental illness, anxiety, or depression;
9.  ☐  ☒  A disorder of the stomach, liver, pancreas, gallbladder, intestines or rectum; cirrhosis, ulcers or significant weight loss;
10. ☐  ☒  A neurological disorder including Parkinson's disease, multiple sclerosis, Alzheimer's disease, stroke/TIA, paralysis, fainting, mental retardation, convulsions or epilepsy;
11. ☐  ☒  A disorder of the urinary or reproductive systems, kidney disease, cystitis or prostate problems;
12. ☐  ☒  Glandular problems, diabetes, or thyroid problems;
13. ☐  ☒  Any conditions of the lungs or respiratory tract, emphysema, chronic cough, shortness of breath, tuberculosis, spitting up blood;
14. ☐  ☒  Cancers, tumors, leukemia, Hodgkin's disease, lymphoma;
15. ☐  ☒  Bone or joint disorder, arthritis, gout, osteoporosis, amputation, sciatica, slipped disc;
16. ☐  ☒  Any recurrent infections, skin diseases, pressure sores or skin ulcers;
17. ☐  ☒  AIDS or the AIDS-related Complex (ARC);
18. ☒  ☐  A disorder or disease of the eyes or ears including blindness, balance disturbance, cataracts, glaucoma or (hearing loss; ) LEFT EAR
19. ☐  ☒  Any injuries due to falls or other trauma

*If you answered yes to any of the previous questions, please provide the name of any prescribed medications you have taken and the name, address and telephone number of the prescribing physician:*

| Question Number | Name of Medication | Name, Address & Phone No. of Prescribing Physician |
|---|---|---|
| 18 | | 100% HEARING LOSS IN LEFT EAR - NOT TREATABLE @ 20 YRS. |
| | Lotensin | 40 mg /day - DR. VARGAS #111 ABOVE |
| | | |
| | | |

Exh. N
18 of 19

2

LAB 057128

| V. | Agreement |
|---|---|

**I have read this application and I understand that:**

UNUM Life Insurance Company of America (UNUM) will rely on the information provided in this application and any supplemental applications, medical exams or tests and other questionnaires to determine whether to provide the coverage I have requested. All these documents shall form a part of my contract of insurance.

No agent, broker, medical examiner or other person except an authorized employee of UNUM may

- change or waive questions asked or answers given in this application or in my medical examination;
- determine if I am eligible for coverage;
- promise that I will be issued coverage;
- change or waive any rights or requirements of UNUM.

**I agree that:**

Payment of premium is my responsibility. If any other person collects, pays or forwards any part of the premium for this coverage, they act as my agent and not an agent for UNUM.  If UNUM does not receive premium as due, the policy will lapse in accordance with the provisions of the policy. No coverage will be effective until UNUM has approved my application and received the required premium.

All the statements I have made in this application are true, complete and correctly recorded to the best of my knowledge and belief. Any false statement or misrepresentation in this application may result in loss of coverage under this policy.

Signed at: _____   _____   on _____ ,19 ____
                        City                             State

_____          _____
Signature of Proposed Insured                    Signature of Applicant if other than Proposed Insured

_____
Signature of Broker

| VI. | Authorization |
|---|---|

I authorize any hospital, physician, medical practitioner, clinic, other medical or medically related facility, the Medical Information Bureau, pharmacy, insurance company or government agency to disclose or furnish to UNUM Life Insurance Company of America (UNUM), its subsidiaries or representatives, any information with respect to any illness (including mental illness, drug or alcohol abuse or injury), medical history, consultations, prescriptions, treatments or benefits; and I authorize them to provide copies of all applicable records that may be requested.

The information provided to UNUM, its subsidiaries or representatives is to be used to determine my eligibility for insurance coverage and to evaluate a claim for benefits during the time this authorization is valid.

I agree that this authorization shall be valid for 2 1/2 years from the date it is signed. I have read this authorization and understand that I may receive a copy and that a photocopy of this shall be as valid as the original. I have also read and received a copy of the Notice of Information.

**Caution: If your answers on this application are misstated or untrue, UNUM may have the right to deny benefits or rescind your policy.**

X _____          _____
Signature of Applicant                              Date

Exh. N
19 of 19

4

LAB  057128

# EXHIBIT O

 **UNUM.**

## LONG TERM CARE
## NURSING HOME AND PROFESSIONAL HOME CARE POLICY

UNUM Life Insurance Company of America (referred to as "we", "our" and "us") is pleased to issue this insurance policy to you. This policy provides long term care benefits under stated conditions. Please refer to the policy provisions where we tell you when and how we will pay benefits. You will find an index of these provisions on Page 2.

**Notice to buyer:** This policy may not cover all of the costs associated with long term care incurred by the buyer during the period of coverage. The buyer is advised to review carefully all policy limitations.

## THIS POLICY IS GUARANTEED RENEWABLE
## WE HAVE A LIMITED RIGHT TO CHANGE PREMIUMS

You may renew this policy on each Policy Anniversary by paying each premium before its Grace Period ends. We reserve the right to change premiums for this policy. To do so, we must change the premiums for all similar policies issued in your state on this policy form. Any change in premium will be effective on your Policy Anniversary Date. We will send you written notice at least 31 days in advance.

## 30 DAY RIGHT TO EXAMINE YOUR POLICY

You may cancel this policy for any reason within 30 days after it is delivered to you or your representative. Simply return the policy, within 30 days of its receipt, to us at our Home Office. If this is done, the policy will be canceled from the beginning and all of the premium paid will be refunded within 10 days after the policy is returned to us.

## IMPORTANT CAUTION ABOUT YOUR APPLICATION

We issued this policy based upon medical and other questions you answered in your application. A copy of your application is attached. If, for any reason, any of your answers are incorrect or untrue, contact us immediately at the address stated below, to the attention of the Long Term Care Division.

**If your answers on this application are misstated or untrue, we may have the right to deny benefits or rescind your coverage.** The best time to clear up any questions is now, before a claim arises!

**THIS POLICY IS NOT A MEDICARE SUPPLEMENT POLICY. If you are eligible for Medicare, review the Medicare Supplement Buyer's Guide available from us.**

> **THIS POLICY IS AN APPROVED LONG-TERM CARE INSURANCE POLICY UNDER CALIFORNIA LAW AND REGULATIONS. HOWEVER, THE BENEFITS PAYABLE BY THIS POLICY WILL NOT QUALIFY FOR MEDI-CAL ASSET PROTECTION UNDER THE CALIFORNIA PARTNERSHIP FOR LONG-TERM CARE. FOR INFORMATION ABOUT POLICIES AND CERTIFICATES QUALIFYING UNDER THE CALIFORNIA PARTNERSHIP FOR LONG-TERM CARE, CALL THE HEALTH INSURANCE COUNSELING AND ADVOCACY PROGRAM AT THE TOLL-FREE NUMBER, 1-800-434-0222.**

This policy becomes effective on the Effective Date shown on Page 3, provided the first modal premium is paid.

Kevin J. Tierney
Secretary

E. Rose
President

UNUM Life Insurance Company of America
Portland, Maine  04122

LTC7392

Exh. O
1 of 19

CA
1042-95(2/98)

## CALIFORNIA DISCLOSURE NOTICE

**UNUM Life Insurance Company of America**
2211 Congress Street
Portland, Maine  04122
(207) 770-2211

**California Department of Insurance – Consumer Services**

45 Fremont Street
San Francisco, California 94105
(415) 904-5410

OR

300 S. Spring Street, 14th floor
Los Angeles, California 90013
(213) 346-6789

If you should have any questions or concerns, please contact your agent or broker.

The Department of Insurance should be contacted only after discussions with the insurer or your agent or broker, or both, have failed to produce a satisfactory resolution to the problem.

Exh. O
2 of 19

# INDEX OF POLICY PROVISIONS

| 1 | Renewal |
|---|---|
| 1 | **Thirty Day Right to Examine Policy** |
| 3 | **Policy Schedule** |
| 4 | THERE IS NO PAGE 4 IN THIS POLICY |
| 5 | **Terms You Should Know** |
| 9 | **Benefits** |
|    | Monthly Benefit |
| 10 | Bed Reservation Provision |
|    | Respite Care Benefit |
|    | Benefit Increase Provision |
| 11 | How To File a Claim |
|    | When Claims Are Paid |
|    | To Whom Claims Are Paid |
| 12 | Claim Overpayment |
|    | Termination of Benefits |
|    | Plan Exclusions |

| 13 | **Premiums** |
|---|---|
|    | Waiver of Premium |
|    | Grace Period |
|    | Reinstatement |
| 14 | Refund of Premium After Death |
| 14 | **General Provisions** |
|    | The Contract |
|    | Statements |
|    | Legal Actions |
|    | Incontestable |
|    | Conformity with State Statutes |
|    | Misstatement of Age |
| 15 | Pre-Existing Conditions |
|    | Nonparticipating |
|    | Owner |
|    | Loss Payee |
|    | Assignment |

*Exh. O*
*3 of 19*

## POLICY SCHEDULE

| | | | |
|---|---|---|---|
| **INSURED** | Carolyn J Little | **POLICY DATE** | 03/09/98 |
| **POLICY NUMBER** | LAC603716 | **EFFECTIVE DATE** | 03/09/98 |

### SUMMARY OF PREMIUM

Premiums are payable as follows:

| Beginning | Annual | Semi-Annual | Quarterly | Monthly |
|---|---|---|---|---|
| 03/09/98 | $794.23 | $405.06 | $206.50 | $71.48 |

### SUMMARY OF COVERAGE

| | |
|---|---|
| Form | LTC7392 |
| Effective Date | 03/09/98 |
| Annual Premium | $794.23 |

| | |
|---|---|
| Elimination Period | 90 Cumulative days |
| Elimination Accumulation Period | 270 Days |
| *Benefit Amount | Nursing Home Benefit - $2,400 Per Month |
| | Professional Home Care Benefit - 100% of Nursing Home Benefit |
| Lifetime Maximum Benefit Amount | Unlimited |
| Benefit Increase Provision | 5% Simple  Unlimited |

\* The Benefit Amount and the Maximum Benefit Amount will increase each policy anniversary based on the Benefit Increase Provision purchased.

\* Residential Care Facility Benefit will be 60% of the Nursing Home Benefit; or the Home Care Benefit if the percentage is greater.



3

# TERMS YOU SHOULD KNOW

Many terms used in your policy have special meanings.  A list of these terms and meanings follows:

**"Activities of Daily Living" (ADLs) are:**

(a) **bathing:** the ability to wash yourself either in the tub or shower or by sponge bath, with or without equipment or adaptive devices without stand-by assistance of another person.

(b) **dressing:** the ability to put on and take off all garments, and medically necessary braces or artificial limbs usually worn, and to fasten or unfasten them, without the stand-by assistance of another person.

(c) **transferring:** the ability to move in and out of a chair or bed with or without equipment such as canes, quad canes, walkers, crutches or grab bars or other support devices including mechanical or motorized devices without the stand-by assistance of another person.

(d) **ambulating:** the ability to walk from one location to another, indoors or outdoors, with or without the use of supportive equipment such as a walker, crutches, or artificial limbs without the stand-by assistance of another person.

(e) **toileting:** the ability to get to and from and on and off the toilet, to maintain a reasonable level of personal hygiene, and to care for clothing, without the stand-by assistance of another person.

(f) **continence:** the ability to voluntarily control bowel and bladder function, or, in the event of incontinence, the ability to maintain a reasonable level of personal hygiene without the stand-by assistance of another person.

(g) **eating:** the ability to get nourishment into the body by any means once it has been prepared and made available to you, without the stand-by assistance of another person.

**"Adult Day Care"** means care provided by an Adult Day Care Facility.

**"Adult Day Care Facility"** is a facility that provides a community-based group program offering health, social and related support services for impaired adults; operates under state licensing laws and any other laws that apply.

**"Assessment"** means an interview of you done by us or our representative to assist in the determination of your insurability at the time of application, or the determination of Loss of Functional Capacity or Cognitive Impairment at the time of your claim.

**"Cognitive Impairment"** means that you have suffered a deterioration or loss in your intellectual capacity which requires another person's assistance or verbal cueing to protect yourself or others as measured by clinical evidence and standardized tests which reliably measure your impairment in the following areas:

• Your short or long term memory;

• Your orientation as to person (such as who You are), place (such as Your location), and time (such as day, date, and year);

• Your deductive or abstract reasoning.

Exh. O
5 of 19

Such loss in intellectual capacity can result from Alzheimer's disease or similar forms of senility, irreversible dementia or Advanced Age.

**"Effective Date"** is the date shown in the Policy Schedule on page 3.  Coverage takes effect on the Effective Date provided the first Modal Premium is paid.

**"Elimination Accumulation Period"**.  We do not require that an Elimination Period longer than 30 days be consecutive days.  However, we do require that an Elimination Period longer than 30 days occur entirely during a limited time span, called the Elimination Accumulation Period.    The Elimination Accumulation Period is equal to 3 times the Elimination Period.  The number of days in the Elimination Accumulation Period is shown in the Policy Schedule.

**"Elimination Period"** means a period of either:

(a) 30 or less consecutive days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving services in a Nursing Facility or Residential Care Facility for which no benefit is payable, or 30 consecutive days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving Professional Home Care and no benefit is payable.  Each calendar week that you receive at least one day of Professional Home Care will be counted as seven days towards completing the Elimination Period.  If you continue to remain at home or another similar place and do not receive Professional Home Care for at least one day within a calendar week, the Elimination Period will begin again.

A separate Elimination Period will apply to each covered loss.     However, each covered loss that is separated from the other by less than 6 months will be considered to be the same covered loss and not subject to a new Elimination Period; or

(b) greater than 30 cumulative days during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving services in a Nursing Facility or Residential Care Facility and for which no benefit is payable, or during which you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and you are receiving Professional Home Care and no benefit is payable.  Each calendar week that you receive at least one day of Professional Home Care will be counted as seven days towards completing the Elimination Period.  An Elimination Period longer than 30 days must be satisfied by you only once during your Lifetime.

The number of days in the Elimination Period is shown in the Policy Schedule.

**"Home Care Provider"** is:

(a) an organization that, or a nurse or other professional who, is licensed or certified by the appropriate licensing agency of the state where Professional Home Care will be provided; or certified as a home health care organization as defined under Medicare;

(b) any other organization that meets all of the following tests:

- primarily provides nursing care and other therapeutic services;

Ex. 1.

6 of 19

- has standards, policies and rules established by a professional group which is associated with the organization;

- includes at least one doctor and one registered nurse;

- maintains a written record of care on each patient; and

- includes a plan of care and record of services provided;

(c) a skilled or unskilled person appropriately licensed by the state, if required, to provide services under a Plan of Care developed by a Physician or a multi-disciplinary team under medical direction; or

(d) a similar organization approved by us.

**"Home Office"** means the UNUM Life Insurance Company of America, 2211 Congress Street, Portland, Maine 04122.

**"Homemaker Services"** means assistance necessary to or consistent with your ability to remain living in your home.

**"Hospice Facility"** is a facility that provides a formal program of care for terminally ill patients whose life expectancy is less than 6 months, provided on an inpatient or outpatient basis and directed by a physician or multi-disciplinary team under medical direction. It must be licensed, certified or registered in accordance with state law.

**"Lifetime Maximum Benefit Amount"** means the total dollar amount of benefits that will be paid under the Policy. The Lifetime Maximum Benefit Amount is shown in the Policy Schedule.

**"Loss of Functional Capacity"** means that you are unable to perform 2 or more ADLs because of Sickness, Injury or Advanced Age.

**"Monthly Benefit Amount"** means your monthly Nursing Home, Residential Care Facility or Professional Home Care Benefit Amount shown in the Policy Schedule.

**"Nursing Facility"** means:

(a) a facility, or a distinctly separate part of a hospital, that provides skilled or intermediate nursing care and custodial care and operates under state licensing laws and any other laws that apply; or

(b) any other facility that meets all of the following tests:

(1) is operated as a health care facility under applicable state licensing laws and any other laws;

(2) primarily provides nursing care under the orders of a Physician;

(3) operates under the supervision of a registered nurse or a licensed vocational nurse;

(4) is regularly engaged in providing room and board and continuously provides 24-hour-per-day nursing care of sick and injured persons;

(5) maintains a daily medical record of each patient who must be under the care of a Physician;

(6) is authorized to administer medication to patients on the order of a Physician; and

7 of 19

(7) is not, other than incidentally, a home for the mentally retarded, the mentally ill, the blind or the deaf, a hotel, a domiciliary care home, a residence, or a home for alcoholics or drug abusers; or

(c) a similar facility approved by us.

**"Nursing Home Benefit"** means your monthly Nursing Home Benefit Amount shown in the Policy Schedule.

**"Personal Care"** means assistance with ADLs, including the instrumental ADLs, provided by a skilled or unskilled person under a Plan of Care. The instrumental ADLs include using the telephone, managing medications, moving about outside, shopping for essentials, preparing meals, laundry and light housekeeping.

**"Plan of Care"** means a program of treatment or care. It must be developed by your physician or multi-disciplinary team and approved in writing by your physician before the start of home care services. The Plan of Care is subject to updating in writing no more often than every 60 days. The insured will be responsible for submitting:

(a) the physician approved Plan of Care; and

(b) the updates of such plan.

**"Professional Home Care"** means services provided under a Plan of Care and include:

(a) occupational, physical, respiratory or speech therapy;

(b) nursing care services provided by a registered nurse or a licensed vocational nurse;

(c) services provided by a medical social worker or home health aide;

(d) Homemaker Services;

(e) Personal Care; or

(f) Hospice services.

Professional Home Care does not include services performed by your family members either directly to you or through a Home Care Provider or an Adult Day Care Facility. Your family members include your spouse, children, parents, sisters, brothers, grandparents or grandchildren, or persons related to you by marriage.

Professional Home Care services do not include services by providers that are not licensed or certified, when such services require licensing or certification under the laws of the states where the services are provided.

**"Professional Home Care Benefit"** means your monthly Professional Home Care Benefit Amount shown in the Policy Schedule.

**"Residential Care Facility"** means:

(a) A facility that is primarily engaged in providing ongoing care and services in one location and meets all of the following tests:

(1) provides 24 hour a day care; and

(2) provides custodial services and personal care assistance to support needs as a result of the Loss of Functional Capacity or Cognitive Impairment; and

(3) has night supervision to the extent required by law; and

Exh. O
8 of 19

(4) provides 3 meals a day, including special dietary requirements; and

(5) operates under state licensing laws and any other laws that apply; and

(6) is not, other than incidentally, a home for alcoholics or drug abusers, or a hotel; or

(b) a similar facility approved by us.

NOTE: These requirements are typically met by Residential Care Facilities that are either free standing facilities or part of a life care community. In general, they are not met by individual residences, boarding homes, or independent living units.

**"Respite Care"** means short-term or periodic care which is required to maintain your health or safety and to give temporary relief to your primary informal caregiver from his or her caregiving duties. Respite Care can be provided in your home, a Nursing Facility, a Residential Care Facility, an Adult Day Care Facility, or a similar facility approved by us.

**"Stand-by Assistance"** means you require the presence of another human being to ensure that all or part of an ADL may be completed or to ensure your safety. Stand-by assistance may also mean that in order to accomplish an ADL, you need verbal cueing.

**"You"** and **"Your"** refer to the Insured named on Page 3. It is the person whom we are insuring. The Insured cannot be changed.

# BENEFITS

## Monthly Benefit

After you satisfy the Elimination Period, we will pay you:

(a) the Nursing Home Benefit Amount if you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and are receiving services in a Nursing Facility, or

(b) the Residential Care Facility Benefit Amount if you suffer a covered Loss of Functional Capacity or covered Cognitive impairment and are receiving services in a Residential Care Facility.

The Residential Care Facility Benefit Amount will be the greater of:

(1) 60% of the Nursing Home Benefit Amount; or

(2) the Professional Home Care Benefit percentage shown on the Policy Schedule.

(c) the Monthly Professional Home Care Benefit if you choose to receive care anywhere other than a Nursing Facility or Residential Care Facility and are receiving Professional Home Care Services. This care can be provided at any type of facility, such as an Adult Day Care Facility, a Hospice Facility, or your home by a Home Care Provider. You must give us proof indicating days of Professional Home Care services provided to you before a benefit will be paid.

Exh. O
9 of 19

We will send the benefit payments to you each month. If you are eligible for benefits for a period that is less than one month, we will pay 1/30th of the net monthly payment for each day that you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment and are receiving services. Benefit payments will cease as provided in the "Termination of Benefits" section of this policy. In no event will the benefits paid under this policy exceed the Maximum Benefit Amount shown in the Policy Schedule on Page 3.

**Bed Reservation Provision**

If your stay in a Nursing Facility or Residential Care Facility is interrupted because you are hospitalized and you are receiving a benefit, we will continue to pay you the Monthly Benefit Amount if a charge is made to reserve your Nursing Facility or Residential Care Facility accommodations. Such benefit will count toward the Lifetime Maximum Benefit Amount.

If your stay is interrupted while you are completing your Elimination Period, such days will be used to help satisfy this period.

Covered Bed Reservation days will be limited to 31 days per calendar year.

**Respite Care Benefit**

If you suffer a covered Loss of Functional Capacity or covered Cognitive Impairment but Professional Home Care Benefits have not yet become payable, we will make payments to you for each day you receive Respite Care for up to 15 days each calendar year. The amount of your daily payment will equal 1/30th of your Monthly Professional Home Care Benefit Amount. You do not have to complete an Elimination Period for Respite Care

payments to become payable. Care can be provided to you by:

(a) a formal caregiver, such as a Home Care Provider, a registered nurse, a licensed vocational nurse in:

- your home,
- nursing home,
- Residential Care Facility,
- Adult Day Care Facility,
- a similar facility approved by us; or

(b) an informal caregiver, such as your friends or relatives.

Other than for premium waived during the Elimination Period according to the terms of the policy, premium will not be waived while you are receiving a payment for Respite Care.

Respite Care Benefits will count toward the Maximum Benefit Amount, and will end when the Lifetime Maximum Benefit Amount has been reached.

**Benefit Increase Provision - 5% Simple Inflation Protection**

Your Monthly Benefit will increase each year on the Policy Anniversary by 5% of your Monthly Benefit. Increases will be automatic and will occur regardless of your health and whether or not you have suffered a covered Loss of Functional Capacity or covered Cognitive Impairment. Your premium will not increase due to automatic increases in your Monthly Benefit. Your Lifetime Maximum Benefit Amount will also increase by 5%.

Exh. O
10 of 19

**How To File a Claim**

You must give us written <u>notice</u> of claim within 30 days of the date of Loss of Functional Capacity or Cognitive Impairment. If it is not possible for you to give us notice within this time limit, it must be given as soon as reasonably possible.

We will send you our initial claim forms when we receive your written notice of claim. If you do not receive our claim forms within 15 days after written notice of claim is sent, you can send us written proof of claim without waiting for the forms.

You must give us initial <u>proof</u> of claim no later than 90 days after the date of Loss of Functional Capacity or Cognitive Impairment.

You must give proof of continued Loss of Functional Capacity or Cognitive Impairment:

(a) at intervals requested by us; and

(b) within 90 days of our request.

If it is not possible for you to give proof within these time limits, it must be given as soon as reasonably possible. However, proof of claim must be given no later than one year after the time proof is otherwise required.

In addition to claim forms, we may, at our expense and from time to time during the continuance of your loss, require one or more of the following as proof of claim:

(a) an Assessment;

(b) a Physician's statement and/or copies of relevant medical records from any Physician or health care provider involved in your care;

(c) an independent medical examination.

We reserve the right to select the Physician to perform the independent medical examination, and to request additional information necessary to our claim determination from you, your Physician, or other health care providers.

The proof must cover:

(a) the date the Loss of Functional Capacity or Cognitive Impairment occurred;

(b) the cause of the Loss of Functional Capacity or Cognitive Impairment;

(c) the extent of the Loss of Functional Capacity or Cognitive Impairment; and

(d) such other proof as we may deem necessary.

**When Claims are Paid**

When we receive proof of claim, benefits payable under the policy will be paid before the end of the month for each day for which you were entitled to benefits during the prior month.

**To Whom Claims Are Paid**

All benefits are payable directly to you unless you have requested in writing that payment be made otherwise.

If you die while you are eligible to receive benefits, we will pay any accrued benefit to your estate. At our option, any remaining benefit of $1,000 or less may be paid to an alternative payee if either of the following is true:

Exh. O

11 of 19

(a) such benefit is payable to your estate, or

(b) such benefit is payable to any person who is a minor or otherwise not competent to give a valid release.

The alternative payee must be a person who we feel is entitled to receive the benefit. Also, the alternative payee must be related to you by blood or marriage.   Any such payments made in good faith will fully discharge us to the extent of such payment.

**Claim Overpayment**

If for any reason, benefits have been paid for a period for which you were not entitled to benefits, repayment of the overpayment must be made to us within 45 days of notice to you. Any amounts not repaid may be recovered by us by offsetting against any amounts otherwise payable to you under this Policy, or by other reasonable means.

**Termination of Benefits**

Your benefits will cease on the earliest of:

(a) the day after you cease to suffer a covered Loss of Functional Capacity or covered Cognitive Impairment;

(b) the day after the Lifetime Maximum Benefit Amount has been paid;

(c) the day after you die.

Termination of coverage under any condition will not prejudice any payable claim which begins prior to termination.

**Plan Exclusions**

We will not provide benefits for:

(a) a loss which is caused by a war or any act of war, whether declared or undeclared, that occurs while your insurance is in force;

(b) a loss which is caused by intentionally self-inflicted injuries or attempted suicide;

(c) a loss which is caused by or results from the commission or attempted commission of a felony by you;

(d) a loss you sustain or contract in consequence of being intoxicated or under the influence of any narcotic unless administered on the advice of a physician;

(e) a loss which is caused by a psychological, psychiatric, or mental condition including depression, generalized anxiety disorders, personality disorders, schizophrenia or manic depressive disorders whether treated by drugs, counseling, or other forms of therapy, and irrespective of cause.

This policy **does cover** losses from conditions that are physical in nature, such as Parkinson's disease, Alzheimer's disease, multi-infarct dementia, brain injury, brain tumors, or other conditions not listed in the first sentence of this paragraph (e), involving structural alterations of the brain;

(f) a period during which you are outside of Hawaii, Alaska, and the continental United States for longer than 30 days;

Exh. O
12 of 19

(g) a period in which you are confined in a hospital, other than if you are confined to a Nursing Facility that is a distinctly separate part of a hospital.

## PREMIUMS

### Waiver of Premium

After you have satisfied your Elimination Period, we will waive premium payment during any period for which benefits are payable. Any premium which you had paid to us during your Elimination Period will be refunded to you on a pro rata basis.

The pro rata refund will be calculated based on the number of days in your Elimination Period.

If the Monthly Benefit is no longer payable, or if you do not receive Professional Home Care for a period of 30 consecutive days, you must resume premium payments. We will notify you of the amount of your next premium payment and the date it is due.

### Grace Period

The Grace Period is the 31 consecutive days that begin with the day a premium is due. We will keep this policy in effect and continue coverage during that time. If the premium is not paid during those 31 days, this policy will lapse. However, lapse of the policy will not prejudice any payable claim for a covered loss which begins prior to policy lapse.

The first premium is due and payable on the Effective Date of the policy. There is no Grace Period for the first premium.

### Reinstatement

If this policy terminates because a premium is not paid by the end of the Grace Period, you may apply to reinstate this policy at any time until the first unpaid premium is six months overdue.

In order to reinstate this policy, three requirements must be met. They are:

(a) you must complete a reinstatement application;

(b) we must approve that reinstatement application; and

(c) you must pay all unpaid premium.

If we approve the reinstatement application, we will reinstate this policy on the approval date. If we issue a conditional receipt/prepayment agreement and do not approve or disapprove the reinstatement application within 45 days from the date of the prepayment agreement, we will reinstate this policy on that 45th day.

If we accept premium without a rein-statement application, this policy will be reinstated.

If this policy is reinstated, it will only cover loss resulting from:

(a) Injury that occurs on or after the date this policy is reinstated; or

(b) Sickness which begins more than 10 days after this policy is reinstated.

It WILL NOT cover any Injury or Sickness which is excluded by name or description in this policy.



Exh. O

13 of 19

**Refund of Premium After Death**

If you die while insured under this policy, we will refund any pro rata portion of your premium paid covering the period after your death. We will make the refund within 30 days after we receive written notice of your death. Payment will be made to your estate.

# GENERAL PROVISIONS

## The Contract

This policy, including your attached application and any attached papers, represents the entire contract between you and us. Statements by agents or brokers are not part of our contract. Only an executive officer of this Company can approve a change in this policy. The approval must be in writing and be endorsed on or attached to this policy. No one else can change this policy or waive any of its provisions.

Unless we tell you something else, years, months and anniversaries that we refer to are calculated from the Policy Date shown on Page 3.

## Statements

In the absence of fraud, all statements you make in applying for this coverage are considered representations and not warranties (absolute guarantees).

No statements by you will be used to deny a claim unless a copy of your statements has been given to you.

**Legal Actions**

No one may start legal actions to recover on this policy until 60 days after written Proof of Loss has been given to us. Legal action must be started within three years after the written Proof of Loss is required to be furnished.

**Incontestable**

After two years from the policy's Effective Date, only fraudulent misstatements in your application may be used to contest this policy. If this policy is reinstated, the contestable period will be two years from the reinstatement date or the date of the last application if no application is received at the time of reinstatement.

"Contest" means that we question the validity of coverage under this policy by letter to you. This contest is effective on the date we mail the letter and refund the premium to you.

There is no time limit to contest this policy for fraudulent misstatements.

**Conformity with State Statutes**

If any provision of this policy conflicts with the statutes of the state where you reside on the Effective Date of that provision, it is amended to conform with the minimum requirements of those statutes. Premiums may be changed to reflect these policy requirements.

**Misstatement of Age**

If your age has been misstated, any benefit payable will be changed to the amount which the premium paid would have bought for the correct age.

If we accept premium for coverage which we would not have issued or which would have

Exh O
14 of 19

ceased according to the correct age, our only liability is to refund the premium for the period not covered.

## Pre-Existing Conditions

We will not reduce or deny any claim under this policy because a Sickness or Injury had existed before the policy's Effective Date.

## Nonparticipating; Dividends Not Payable

This policy does not participate in our profits or surplus earnings; and no dividends will be paid at any time.

## Owner

You own this policy.  You have all the rights and privileges granted by this policy while it is in effect.  Some of your ownership rights are:

(a) the right to continue or terminate this policy;

(b) the right to name someone else (a Loss Payee) to receive the benefits of this policy;

(c) the right to suspend this policy while you are in military service; and

(d) the right to assign any or all rights under this policy.

## Loss Payee

If you decide to have someone else receive policy benefits, you must notify us in writing on a form satisfactory to us.  The notice will be effective when we receive it at our Home Office.

## Assignment

You may assign any or all ownership rights to someone else.  The assignment must be in writing and must specify the rights which are assigned and for how long.  The Loss Payee is not changed by an assignment unless the assignment specifically names a new Loss Payee.  When an assignment is in effect, "you" and "your" refer to the assignee in provisions which describe ownership rights.

No assignment is binding on us until the original or an acceptable copy is received at our Home Office.  We are not responsible for the validity or effect of any assignment.



Exh. O
15 of 19

## I.   Personal Profile

**Applicant's Name (Please Print Last, First, Middle)**

LITTLE, CAROLYN JAN

**Occupation**

RETIRED

**Address (Street, Apartment No., City, State, Zip)**

**Telephone (Include Area Code)**

**Social Security No.**

**Date of Birth**

**Height** 5 Ft. 7 Ins.

**Weight** 150 Lbs.

☐ Male   ☒ Female   ☐ Single   ☒ Married

| Yes | No | If married, is your spouse; |
|---|---|---|
| ☒ | ☐ | Applying for Long Term Care coverage at this time? or |
| ☐ | ☒ | Currently covered by UNUM for Long Term Care coverage? |

If yes, please list policy number: _____

## II.   Insurance Information

|   | Yes | No | (Please check Yes or No) |
|---|---|---|---|
| 1. | ☐ | ☒ | Are you currently covered by Medicaid? |
| 2. | ☐ | ☒ | Are you currently receiving disability income benefits or long term care benefits? |
| 3. | ☐ | ☒ | Do you have another long term care insurance policy or certificate in force, including coverage under a health care service contract or health maintenance organization contract?<br>If yes, provide policy number: _____ |
| 4. | ☐ | ☒ | Have you had another long term care insurance policy or certificate in force during the last 12 months?<br>If yes, with which insurance company? _____<br>If the policy lapsed, when did it lapse? _____ |
| 5. | ☐ | ☒ | Do you intend to replace any of your medical health coverage with this UNUM policy?<br>If yes, name of insurance company: _____<br>Policy Number: _____ Type of Plan: _____ |

## III.   Medical History (Part A)

**Primary Physician (Name and Title)**

DR. NICHELS

**Telephone (Include Area Code)**

**Address (Street, City, State, Zip)**

68 CENTRAL AVENUE, QUINCY, MA 9

Exh. O
16 of 19

1220-93

1

**III.    Medical History (Part 3)**

Please answer all questions. Do not change any of the wording or this application will be void.

| | Yes | No | Please check Yes or No for each question |
|---|---|---|---|
| 1. | ☐ | ☒ | Have you gained or lost more than ten pounds in the last 12 months? |
| 2. | ☐ | ☒ | Have you used tobacco in the last 12 months? |
| 3. | ☐ | ☒ | Do you need human assistance of any kind to perform everyday activities such as bathing, continence, dressing, eating, using the toilet or transferring (for example from a chair to your bed)? |
| 4. | ☐ | ☒ | Do you use any special medical equipment or appliances such as a walker, cane, wheelchair, catheter, oxygen tank or artificial limb? |
| 5. | ☐ | ☒ | Have you ever been advised to discontinue the use of alcohol because of health reasons; been arrested in connection with the use of alcohol or drugs; or been advised to seek counseling for alcoholism or drug abuse? |
| 6. | ☐ | ☒ | Have you ever been denied coverage for medical insurance, disability insurance, long term care insurance, nursing home insurance or life insurance? If yes, please explain. |

**In the past 5 years, have you ever had, been told you had, or been treated for:**

| | Yes | No | Please check Yes or No and circle condition(s) |
|---|---|---|---|
| 7. | ☐ | ☒ | A disorder of the heart or circulatory system, heart attack, high blood pressure or chest pain; |
| 8. | ☐ | ☒ | A psychological, psychiatric or mental disorder, mental illness, anxiety, or depression; |
| 9. | ☐ | ☒ | A disorder of the stomach, liver, pancreas, gallbladder, intestines or rectum; cirrhosis, ulcers or significant weight loss; |
| 10. | ☐ | ☒ | A neurological disorder including Parkinson's disease, multiple sclerosis, Alzheimer's disease, stroke/TIA, paralysis, fainting, mental retardation, convulsions or epilepsy; |
| 11. | ☐ | ☒ | A disorder of the urinary or reproductive systems, kidney disease, cystitis or prostate problems; |
| 12. | ☐ | ☒ | Glandular problems, diabetes, or thyroid problems; |
| 13. | ☐ | ☒ | Any conditions of the lungs or respiratory tract, emphysema, chronic cough, shortness of breath, tuberculosis, spitting up blood; |
| 14. | ☐ | ☒ | Cancers, tumors, leukemia, Hodgkin's disease, lymphoma; |
| 15. | ☐ | ☒ | Bone or joint disorder, arthritis, gout, osteoporosis, amputation, sciatica, slipped disc; |
| 16. | ☐ | ☒ | Any recurrent infections, skin diseases, pressure sores or skin ulcers; |
| 17. | ☐ | ☒ | AIDS or the AIDS-related Complex (ARC); |
| 18. | ☐ | ☒ | A disorder or disease of the eyes or ears including blindness, balance disturbance, cataracts, glaucoma or (hearing loss;) *LEFT EAR DEAF 100% CERT* |
| 19. | ☐ | ☒ | Any injuries due to falls or other trauma |

If you answered yes to any of the previous questions, please provide the name of any prescribed medications you have taken and the name, address and telephone number of the prescribing physician:

| Question Number | Name of Medication | Name, Address & Phone No. of Prescribing Physician |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*Exh. D*
*17 of 19*

LAB 057127

## IV.   Coverage (Check applicable boxes for each option):

| | Advantage I | Advantage II |
|---|---|---|
| **1.  Coverage Type:** | ☐ Nursing Home Only<br>☒ Nursing Home w/Professional Home Care<br>☐ Nursing Home w/Home Care | ☐ Nursing Home Only<br>☐ Nursing Home w/Professional Home Care<br>☐ Nursing Home w/Home Care |
| **2a. Benefit Amount**<br>(minimum of $1,500; amounts are available in increments of $100) | Nursing Home  $3,000 2400<br>Home Care%   ☐ 50%  ☐ 75%  ☒ 100% | Nursing Home  $_____<br>Home Care   $_____<br>Home Care Benefit Amount cannot exceed Nursing Home Benefit Amount |
| **2b. Elimination Period (Days)** | ☐ 30  ☐ 60  ☒ 90  ☐ 180  ☐ 365 | ☐ 20    ☐ 100 |
| **2c. Benefit Period (Years)** | ☐ 2  ☒ 3  ☐ 6  ☒ Life<br>(25) | Nursing Home  ☐ 1 ☐ 2 ☐ 4 ☐ 6 ☐ Life<br>Home Care   ☐ 1 ☐ 3 ☐ 5 |
| **3a. Optional Provisions** | Inflation Protection:<br>None            ☐<br>5% Simple      ☐2x  ☐ No Cap<br>5% Compound  ☐2x  ☒ No Cap<br>Paid Up       ☒No  ☐ Yes | Inflation Protection:<br>None            ☐<br>5% Simple      ☐No Cap<br>5% Compound  ☐No Cap<br>Paid Up       Not Available |
| **3b. Special Request** | ☐ Date to Save Age<br>☐ Special Policy Date _____<br>☐ Other | ☐ Date to Save Age<br>☐ Special Policy Date _____<br>☐ Other |

**4.  Payment/Billing:**

a) Who Will Pay Premiums?
   ☒ Proposed Insured     ☐ Employer        ☐ Other

b) Send Bills To:
   ☒ Proposed Insured     ☐ Employer        ☐ Other
   If Employer or Other:
   Name:_____
   Street:_____ Apt/Suite:_____
   City:_____ State:_____ Zip:_____

c) How Often Do You Want To Be Billed?
   ☒ Annually  ☐ Semi-Annually  ☐ Quarterly  ☐ Monthly (Flexbill or A.P.P. only)
   *If A.P.P., complete an Authorization and Agreement for Automatic Payments form

d) If Ownership Beneficiary Other Than Proposed Insured, Provide Name & Address
   Name:_____
   Street:_____ Apt/Suite:_____
   City:_____ State:_____ Zip:_____

e) Add to existing LTC Bill?
   ☐ Yes    ☒ No
   If yes, details:_____

Exh. C
18 of 19

3

## V.   Agreement

I have read this application and I understand that:

UNUM Life Insurance Company of America (UNUM) will rely on the information provided in this application and any supplemental applications, medical exams or tests and other questionnaires to determine whether to provide the coverage I have requested. All these documents shall form a part of my contract of insurance.

No agent, broker, medical examiner or other person except an authorized employee of UNUM may
- change or waive questions asked or answers given in this application or in my medical examination;
- determine if I am eligible for coverage;
- promise that I will be issued coverage;
- change or waive any rights or requirements of UNUM.

**I agree that:**

Payment of premium is my responsibility. If any other person collects, pays or forwards any part of the premium for this coverage, they act as my agent and not an agent for UNUM.  If UNUM does not receive premium as due, the policy will lapse in accordance with the provisions of the policy. No coverage will be effective until UNUM has approved my application and received the required premium.

All the statements I have made in this application are true, complete and correctly recorded to the best of my knowledge and belief. Any false statement or misrepresentation in this application may result in loss of coverage under this policy.

Signed at: _Quincy_ , _CA_       on _11/10_ ,19 _97_

City          State

_(signature)_ _____          _____
Signature of Proposed Insured                  Signature of Applicant if other than Proposed Insured

_(signature)_ _____
Signature of Broker

## VI.   Authorization

I authorize any hospital, physician, medical practitioner, clinic, other medical or medically related facility, the Medical Information Bureau, pharmacy, insurance company or government agency to disclose or furnish to UNUM Life Insurance Company of America (UNUM), its subsidiaries or representatives, any information with respect to any illness (including mental illness, drug or alcohol abuse or injury), medical history, consultations, prescriptions, treatments or benefits; and I authorize them to provide copies of all applicable records that may be requested.

The information provided to UNUM, its subsidiaries or representatives is to be used to determine my eligibility for insurance coverage and to evaluate a claim for benefits during the time this authorization is valid.

I agree that this authorization shall be valid for 2 1/2 years from the date it is signed. I have read this authorization and understand that I may receive a copy and that a photocopy of this shall be as valid as the original. I have also read and received a copy of the Notice of Information.

**Caution:  If your answers on this application are misstated or untrue, UNUM may have the right to deny benefits or rescind your policy.**

X _(signature)_ _____          _____
Signature of Applicant                           Date

_(signature)_  _11/3/97_

Exh. O
19 of 19

4

LAB 057127